**CONFORM COPY**

1  DAVID A. DILLARD, CA Bar No. 97515
   david.dillard@cph.com
2  PATRICK J. ORMÉ, CA Bar No. 239025
   patrick.orme@cph.com
3  CHRISTIE, PARKER & HALE, LLP
   350 West Colorado Boulevard, Suite 500
4  Post Office Box 7068
   Pasadena, California 91109-7068
5  Telephone: (626) 795-9900
   Facsimile: (626) 577-8800
6
7  Attorneys for Plaintiffs,
   CENTURY TILE, INC. and
8  CARL STEADLY
9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11
12
13  CENTURY TILE, INC., a California       Case No. CV08-01993 GW
    corporation d/b/a STONE & PEWTER
14  ACCENTS and MALAGA COVE TILE,          **COMPLAINT FOR COPYRIGHT** PLA
    and CARL STEADLY, an individual        **INFRINGEMENT, TRADE**
15                                         **DRESS INFRINGEMENT,**
             Plaintiffs,                   **UNFAIR TRADE PRACTICES**
16                                         **AND UNFAIR COMPETITION**
         vs.
17                                         **[DEMAND FOR JURY TRIAL]**
    HIRSCH GLASS COMPANY, a New
18  Jersey corporation, and PARAGON
    INDUSTRIES, INC., a California
19  corporation d/b/a BEDROSIAN TILE &
    MARBLE,
20
             Defendants.
21
22      For their Complaint, Plaintiffs Century Tile, Inc. ("Century Tile") and Carl
23  Steadly ("Steadly") allege as follows:
24                       **JURISDICTION AND VENUE**
25      1.   This is an action arising under the Lanham Act, Title 15, United
26  States Code, §§ 1051 *et seq.*, and the Copyright Act, Title 17, United States Code,
27  §§ 101 *et seq.*  This Court has jurisdiction pursuant to 15 U.S.C. § 1121, 28
28  U.S.C. § 1331, § 1338(a) and (b) and § 1332.  Venue is proper under 28 U.S.C. §

1391(b) and § 1400(a) because Defendants resides in California pursuant to 28 U.S.C. § 1391(c).

2.     This Court has supplemental jurisdiction over the claims in this Complaint that arise under state statutory and common law of the State of California pursuant to 28 U.S.C. § 1338(b) and § 1367(a), because the state law claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

## PARTIES

3.     Plaintiff Century Tile is a California corporation organized and existing under the laws of the State of California having a business address at 30615 Calle de Buenos, Rancho Palos Verdes California 90275 and is doing business as Lunada Bay Tile, Stone & Pewter Accents and Malaga Cove Tile.

4.     Plaintiff Steadly is an individual residing in Palos Verdes, California. Plaintiff Steadly is the principal of Century Tile.

5.     On information and belief, Defendant Hirsch Glass Company ("Hirsch") is a corporation organized and existing under the laws of the State of New Jersey having a business address at 9 Chris Court, Unit E, Dayton, New Jersey 08810.

6.     On information and belief, Defendant Paragon Industries, Inc. ("Paragon") is a California corporation headquartered at 4285 N. Golden State Blvd., 4, Fresno, California 93722 and is doing business as Bedrosians Tile & Marble.

## FACTS COMMON TO ALL CLAIMS

### Century Tile's Business

7.     Century Tile is in the business of manufacturing, distributing and selling high quality glass and ceramic tiles for businesses, residential consumers, and intermediary businesses that redistribute Century Tile's goods to the ultimate consumer.  Century Tile's products have had outstanding commercial success for

-2-

1  over seven years and are distributed nationwide, including in New Jersey and

2  California, under the brands Lunada Bay Tile, Stone & Pewter Accents and

3  Malaga Cove Tile.

4      8.    Century Tile has become one of the most popular sources of fine

5  hand crafted glass tiles in this country.  Century Tile has become a recognized

6  leader and innovator in the industry and is an exclusive distributor of a variety of

7  lines of original and inventive glass tiles, including the copyrighted "Sumi-e" and

8  "Hand Poured Marbleized" glass tiles created by Steadly.

9      9.    Century Tile's "Sumi-e" and "Marbleized Mosaic" tile designs are

10  distinctive.  These tiles have unique colors, look and feel of color blending and

11  mixing, textures and iridescent finishes that create an overall unique look and feel

12  that make them recognizable throughout the industry as Century Tile's glass tiles.

13      10.    The design and colors for the Sumi-e and Hand Poured Marbleized

14  tiles are so unique that Steadly sought and received registrations for the copyright

15  in the design of these tiles from the United States Copyright Office including

16  Registration Nos. VA1-311-300, VA1-311-301, VA1-311-302, VA1-311-303,

17  VA1-311-306, VA1-311-307, VA1-311-309, VA1-311-310, VA1-311-311, VA1-

18  311-312, VA1-311-313, VA1-311-314, VA1-305-383, VA1-305-384, VA1-305-

19  386, VA1-305-387 and VA1-305-388 (the "Copyrighted Designs").  Steadly is

20  the exclusive owner of all right, title and interest in and to the copyrights and

21  trade dress of the original design used in these glass tiles.

22      11.    Steadly provides an exclusive license to Century Tile to

23  manufacture, have manufactured, import, market and sell glass tiles using the

24  original designs contained in the aforementioned copyrights.

25      12.    Plaintiffs have expended a vast amount of resources in developing,

26  protecting, inventorying, marketing and selling its Sumi-e and Hand Poured

27  Marbleized Mosaic products and the intellectual property contained therein.  As

28  such, Century Tile's business and products enjoy a highly favorable reputation

-3-

1   and success in the industry.

2   **Defendant's Unlawful Conduct**

3       13.    Plaintiffs are informed and believe that Defendant Hirsch is a

4   wholesale manufacturer of glass tiles engaged in the business of manufacturing,

5   marketing and selling of glass tiles to the residential, commercial and distributor

6   markets.

7       14.    Plaintiffs are informed and believe that Defendant Paragon is

8   engaged in the business of marketing and selling glass tiles to the residential and

9   commercial markets.

10       15.    Plaintiffs have not authorized Defendants to copy, reproduce,

11   manufacture, duplicate, disseminate or distribute Marbleized Mosaic tiles with

12   designs that are the same or confusingly similar to that of Plaintiffs' Sumi-e and

13   Hand Poured Marbelized Mosaic tiles.

14       16.    Plaintiffs are informed and believe that Defendant Hirsch has

15   engaged in the marketing, manufacture, distribution, duplication and sale of

16   infringing copies of the proprietary design of Plaintiffs' Sumi-e and Marbleized

17   Mosaic tiles identified by Plaintiffs' copyright registration listed above.

18   Defendant Hirsch's infringing products include those having at least the following

19   product designations: J00317; J10315; J01991; J01993; J00131; JI0131; JI1991;

20   JI0623; J00247; JI0238; JC0317; JC1992; and JC387.  Plaintiffs are informed and

21   believe that Defendant Paragon is marketing and selling Hirsch's infringing

22   products to the public.

23       17.    Plaintiffs are informed and believe that Defendants sell or have sold

24   glass tiles substantially identical to and confusingly similar in their design, colors,

25   and overall look and feel to Plaintiffs' copyrighted Sumi-e and Marbleized

26   Mosaic tiles.

27       18.    Plaintiffs are informed and believe that Defendants have copied from

28   Plaintiffs, have adopted and are using and selling designs for their tiles that have a

CHRISTIE, PARKER & HALE, LLP

confusingly similar layout and overall look and feel to that of Plaintiffs' Sumi-e and Marbleized Mosaic tiles.

19.     Defendants' copying of the copyrighted Sumi-e and Hand Poured Marbleized tile designs, use of the Plaintiffs' trade dress in their Sumi-e and Hand Poured Marbleized tiles and all of the other conduct alleged above in connection with their goods has caused and is likely to cause confusion, to cause mistake and to deceive consumers into falsely believing that the parties' goods originate from a common source or that there is a connection between Defendants and Plaintiffs.

### Defendants Acted Willfully and Intentionally

20.     Plaintiffs, their Copyrighted Designs, trade dress and the business of Plaintiffs are known to Defendants.

21.     Plaintiffs have not licensed or otherwise authorized either Defendant to manufacture, import, distribute, publicly display, offer for sale or sell glass tiles that are copies of or similar to Plaintiffs' Copyrighted Designs.  Plaintiffs have not consented to Defendants' use of the Plaintiffs' trade dress in their Sumi-e and Hand Poured Marbleized tiles, nor have Plaintiffs sponsored, endorsed, or approved the goods and services offered and promoted by either Defendant.

22.     Plaintiffs are informed and believe that each Defendant has intentionally copied Plaintiffs' Copyrighted Designs and trade dress with knowledge of Plaintiffs' rights therein, in an attempt to target Plaintiffs' customers by creating the impression of an association between Defendants and Plaintiffs or an endorsement by Plaintiffs of Defendants and/or Defendants' goods.

23.     Plaintiffs have notified Defendant Hirsch in writing that its activities violate its valuable intellectual property rights, and Defendant Hirsch has refused to acknowledge Plaintiffs' rights or cease its activities.

### FIRST CAUSE OF ACTION
### (Copyright Infringement)

24.     Plaintiffs repeat and reallege paragraphs 1 through 23 of this

CHRISTIE, PARKER & HALE, LLP

COMPLAINT

Complaint.

25.    Plaintiffs' Sumi-e and Hand Poured Marbelized glass tile designs consist of wholly original material and are copyrightable subject matter under the copyright laws of the United States.

26.    Defendants are infringing Plaintiffs' copyrighted tile designs in violation of the Copyright Act, 17 U.S.C. § 101, *et seq.*, by manufacturing, importing, distributing, publicly displaying, offering for sale, and/or selling tiles that were copied or caused to be copied from Plaintiffs' Copyrighted Designs and which are substantially similar to those Copyrighted Designs.

27.    Plaintiffs are informed and believe that Defendants' manufacture, distribution, duplication and/or sale of infringing copies of the Copyrighted Designs was deliberate, willful, malicious, oppressive, and without regard to Plaintiffs' proprietary rights.

28.    Defendants' copyright infringement has caused, and will continue to cause Plaintiffs to suffer substantial injuries, loss, and damage to their proprietary and exclusive rights to the Copyrighted Designs and further, has damaged Plaintiffs' business reputation and goodwill, diverted its trade, and caused loss of profits, all in an amount not yet determined.  In addition, Plaintiffs are entitled to receive the profits made by Defendants from their wrongful acts pursuant to 17 U.S.C. § 504.

29.    Defendants' copyright infringement, and the threat of continuing infringement has caused, and will continue to cause Plaintiffs repeated and irreparable injury.  It would be difficult to ascertain the amount of money damages that would afford Plaintiffs adequate relief at law for Defendants' acts and continuing acts.  Plaintiffs' remedy at law is not adequate to compensate it for the injuries already inflicted and further threatened by Defendants.  Therefore, Plaintiffs are entitled to preliminary and permanent injunctive relief pursuant to 17 U.S.C. § 502, and to an order under 17 U.S.C. § 503 and 28 U.S.C. § 1651(a)

CHRISTIE, PARKER & HALE, LLP

COMPLAINT

that the infringing copies of the Copyrighted Designs be seized, impounded and destroyed.

30. Plaintiffs are also entitled to recover attorneys' fees and cost of suit pursuant to 17 U.S.C. § 505.

## SECOND CAUSE OF ACTION

### (Trade Dress Infringement)

31. Plaintiffs repeat and reallege Paragraphs 1 through 30 of this Complaint.

32. The designs of Plaintiffs' Sumi-E and Hand Poured Marbleized tiles constitute protectable trade dress.

33. As a result of Plaintiffs' extensive advertising, promotion and sale of its goods incorporating the Sumi-e and Hand Poured Marbelized designs, the relevant consuming public has come to recognize the trade dress of the Sumi-e and Hand Poured Marbelized tiles as designating a single source of origin.

34. Plaintiffs are informed and believe that Defendants' use of glass tile designs which are blatant copies of the Sumi-e and Hand Poured Marbleized designs is intended to and is likely to cause confusion that Defendants' products are made by, sponsored by, or affiliated with Plaintiffs.

35. The above-described acts of Defendants constitute trade dress infringement in violation of 15 U.S.C. §1125 in that Defendants have falsely described or represented its goods as originating from Plaintiffs and has caused such goods to enter into interstate commerce.

36. Plaintiffs are being damaged and are likely to be damaged in the future by Defendants' actions by reason of the likelihood that purchasers will be confused as to the source, sponsorship, or affiliation of Defendants' goods.

37. Defendants have unfairly profited from the actions alleged herein and will continue to be unjustly enriched unless and until such conduct is enjoined.

-7-

38.   By reason of Defendants' acts alleged herein, Plaintiffs have and will suffer damage to their reputation and goodwill and the loss of sales and profits Plaintiffs would have made but for Defendants' acts.

39.   By reason of Defendants' acts alleged herein, Plaintiffs have suffered and will suffer irreparable harm unless and until Defendants' conduct is enjoined.

40.   Defendants' acts alleged herein were willful and taken in conscious disregard of Plaintiffs' rights.

### THIRD CAUSE OF ACTION

### (Unfair Trade Practices Under California Law)

41.   Plaintiffs repeat and reallege paragraphs 1 through 40 of this Complaint.

42.   The above-described conduct of the Defendants constitutes unfair trade practices under California Business and Professions Code § 17200, *et seq.*

43.   Pursuant to California Business and Professions Code § 17203, Defendants are required to disgorge and restore to Plaintiffs all profits and property acquired by means of Defendants' unfair competition with Plaintiffs.

44.   As a result of the actions of Defendants, Plaintiffs have suffered and will continue to suffer irreparable harm unless and until Defendants' conduct is enjoined.

### FOURTH CAUSE OF ACTION

### (Unfair Competition Under California Common Law)

45.   Plaintiffs repeat and reallege paragraphs 1 through 44 of this Complaint.

46.   The above-described conduct of Defendants constitutes unfair competition under the common law of the State of California.

47.   Because Defendants' conduct has been intentional and willful and in conscious disregard of the rights of Plaintiffs,, Plaintiffs are entitled to punitive damages against Defendants.

-8-

1

2

## **PRAYER FOR RELIEF**

3

4

WHEREFORE, in consideration of the foregoing, Plaintiffs respectfully request that this Court enter an Order granting the following relief:

5

6

1.     That the Court enter judgment against Defendants that Defendants have:

7

(a)  infringed Plaintiffs' trade dress rights;

8

9

10

(b)  infringed the Plaintiffs' rights in the federally registered copyrights for the Sumi-e and Hand Poured Mosaic tile designs under 17 U.S.C. § 501;

11

12

(c)  engaged in unfair trade practices in violation of California Business and Profession Code § 17200, *et seq.*; and

13

14

(d)  competed unfairly with Plaintiffs in violation of California common law;

15

16

17

18

2.     That Defendants be required by mandatory injunction to deliver up to Plaintiffs for destruction any and all infringing products in their possession, custody or control embodying unauthorized copying of Plaintiffs' glass tile designs;

19

20

21

3.     That Defendants pay to Plaintiffs damages and profits for Defendants' trade dress infringement, together with prejudgment and post-judgment interest;

22

23

24

25

4.     That Defendants pay to Plaintiffs all profits which they have received from their sale of infringing products, and that such damages be trebled in accordance with the provisions of 15 U.S.C. § 1117, together with prejudgment and post-judgment interest;

26

27

28

5.     That Defendants pay to Plaintiffs damages for Defendants' copyright infringement either:  (i) actual damages in an amount to be determined at trial, together with Defendants' profits derived from its unlawful infringement of

-9-

1   Plaintiffs' copyrights; or (ii) statutory damages for each act of infringement in an
2   amount provided by law, as set forth in 17 U.S.C. § 504, at Plaintiffs' election
3   before the entry of final judgment, together with prejudgment and post-judgment
4   interest;

5        6.    That Plaintiffs be awarded all profits and property acquired by means
6   of Defendants' unfair competition with Plaintiff, together with prejudgment and
7   post-judgment interest;

8        7.    That Defendants pay Plaintiffs punitive damages;

9        8.    That the Court issue a permanent injunction enjoining and
10   restraining Defendants and their respective agents, servants, employees,
11   successors and assigns, and all other persons acting in concert with or in
12   conspiracy with or affiliated with Defendants, from copying, reproducing,
13   manufacturing, duplicating, disseminating, distributing, or using Plaintiffs' trade
14   dress or infringing copies of Plaintiffs' Copyrighted Designs;

15        9.    That the Court issue an Order at the conclusion of the present matter
16   that the infringing products be seized, impounded and destroyed;

17        10.    That the Court award Plaintiffs their reasonable attorneys' fees
18   pursuant to 17 U.S.C. § 505, 15 U.S.C. § 1117, and any other applicable
19   provision of law;

20        11.    That the Court award Plaintiffs their costs of suit incurred herein;
21   and

22   ///
23   ///
24   ///
25   ///

CHRISTIE, PARKER & HALE, LLP

COMPLAINT

1      12.    That Plaintiffs have such other or further relief as the Court may

2  deem just and proper.

3                              Respectfully submitted,

4                               CHRISTIE, PARKER & HALE, LLP

5

6  DATED:  March 25, 2008        By

7                                David A. Dillard

8                              Attorneys for Plaintiffs,
   Century Tile, Inc. and
9                              Carl Steadly

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CHRISTIE, PARKER & HALE, LLP

COMPLAINT

1

## <u>DEMAND FOR JURY TRIAL</u>

2       Under Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs

3 Century Tile, Inc. and Carl Steadly hereby demand trial by jury on all issues

4 triable to a jury.

5

6 DATED:  March 25, 2008          Respectfully submitted,

7                          CHRISTIE, PARKER & HALE, LLP

8

9                        By _____

10                           David A. Dillard

11                        Attorneys for Plaintiffs,
Century Tile, Inc. and
Carl Steadly

12

13 RJF PAS770343.1-*-03/25/08 12:44 PM

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CHRISTIE, PARKER & HALE, LLP

COMPLAINT

# EXHIBIT A

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-311-300**

EFFECTIVE DATE OF REGISTRATION

**FEB 16 2005**
Month   Day   Year

---

**1**  Title of This Work ▼

**Morioka Silk**

NATURE OF THIS WORK ▼ See Instructions

Design made by tiles

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**  NAME OF AUTHOR ▼

**a**  **Carl Steadly**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1959

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of  **United States**
Domiciled in

Was This Author's Contribution to the Work
Anonymous?  ☒ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See instructions

☐ 3-Dimensional sculpture
☒ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b**  Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See instructions

☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

NOTE
Under the law, the "author" of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**3**  **a**  Year In Which Creation of This Work Was Completed
**2004**   Year in all cases.
This information must be given

**b**  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month **No later than December 31,** Day   Year **2004**
**United States**   Nation

---

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

**Carl Steadly**
**30615 Calle de Suenos**
**Rancho Palos Verdes, CA  90275**

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 16 2005
ONE DEPOSIT RECEIVED **MAY 23 2005**
FEB 16 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | Mark / Saw | FORM VA |
| CHECKED BY | | |

| | CORRESPONDENCE | FOR |
| | ☐ Yes | COPYRIGHT |
| | | OFFICE |
| | | USE |
| | | ONLY |

FEB 16 2005

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a**

See instructions
before completing
this space.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼        **Account Number** ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Irving Keschner
21515 Hawthorne Boulevard, Suite 1150
Torrance,  CA  90503

**b**

Area code and daytime telephone number  (310) 543-5200        Fax number  (310)543-0492

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  **Carl Steadly**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Irving Keschner        Date  **January 25, 2005**

Handwritten signature (X) ▼

X _____

| Certificate will be mailed in window envelope to this address | **Name** ▼ |
| | Irving Keschner |
| | **Number/Street/Apt** ▼ |
| | 21515 Hawthorne Boulevard, Suite 1150 |
| | **City/State/ZIP** ▼ |
| | Torrance,  CA  90503 |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-311-301**

UA0001311 01

EFFECTIVE DATE OF REGISTRATION

**FEB 16 2005**
Month        Day        Year

---

**1**

Title of This Work ▼

**Morioka Natural**

Previous or Alternative Titles ▼

NATURE OF THIS WORK ▼ See Instructions

Design made by tiles

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:    Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**

NAME OF AUTHOR ▼

**Carl Steadly**

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼
1959

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of **United States**
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☒ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es).See Instructions
☐ 3-Dimensional sculpture     ☐ Map          ☐ Technical drawing
☒ 2-Dimensional artwork       ☐ Photograph   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**b**

Name of Author ▼

Dates of Birth and Death
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es).See Instructions
☐ 3-Dimensional sculpture     ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
**2004**
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month **No later than December 31, 2004**
**United States**        Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**Carl Steadly**
**30615 Calle de Suenos**
**Rancho Palos Verdes, CA  90275**

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 16 2005    MAY 23 2005
ONE DEPOSIT RECEIVED
FEB 16 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY _Vinat / SAW_   **FORM VA**

CHECKED BY

☐ CORRESPONDENCE
  Yes

**FOR
COPYRIGHT
OFFICE
USE
ONLY**

FEB 14 2005

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _____  Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a
See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ _____  Account Number ▼ _____

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Irving Keschner
21515 Hawthorne Boulevard, Suite 1150
Torrance,  CA  90503

Area code and daytime telephone number (310) 543-5200        Fax number  (310)543-0492

Email

b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  **Carl Steadly**
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

        Irving Keschner        Date  **January 25, 2005**

Handwritten signature (X) ▼

X _[signature]_

**8**

Certificate
will be
mailed in
window
envelope
to this
address.

Name ▼

Irving Keschner

Number/Street/Apt ▼

21515 Hawthorne Boulevard, Suite 1150

City/State/ZIP ▼

Torrance,  CA  90503

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev August 2003—30,000   Web Rev June 2002   ♻ Printed on recycled paper        U.S. Government Printing Office: 2003-496-605/60,029

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT O...

**VA 1–311–302**

VA 1-311-302

EFFECTIVE DATE OF REGISTRATION

**FEB 16 2005**

| Month | Day | Year |

DATE CONTINUATION SHEET

---

**1**

Title of This Work ▼

**Kyoto Silk**

NATURE OF THIS WORK ▼ See Instructions

**Design made by tiles**

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**  NAME OF AUTHOR ▼

**Carl Steadly**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
**1959**

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of **United States**
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☒ Yes ☐ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☒ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**b**  Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3 Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
**2004** Year   This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month **No later than December 31,** Day **2004** Year
**United States** Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**Carl Steadly**
**30615 Calle de Suenos**
**Rancho Palos Verdes, CA  90275**

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
**FEB 16 2005**
ONE DEPOSIT RECEIVED
**FEB 16 2005**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.      Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

EXAMINED BY _____ *Nugh/SM*_____   **FORM VA**

CHECKED BY _____

☑ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ _____ Account Number ▼ _____

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b

Irving Keschner
21515 Hawthorne Boulevard, Suite 1150
Torrance, CA 90503

Area code and daytime telephone number  (310) 543-5200        Fax number   (310)543-0492

Email _____

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   **Carl Steadly**
  Name of author or other copyright claimant or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Irving Keschner          Date  January 25, 2005

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address

**9**

Name ▼
Irving Keschner

Number/Street/Apt ▼
21515 Hawthorne Boulevard, Suite 1150

City/State/ZIP ▼
Torrance, CA 90503

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e):* Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. August 2003—60,000   Web Rev. June 2002   ⬤ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,089

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-311-303**

EFFECTIVE DATE OF REGISTRATION

**FEB 16 2005**
Month          Day          Year

---

**1**

**Title of This Work ▼**

Chuzenji Silk

**NATURE OF THIS WORK ▼** See Instructions

Design made by tiles

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼       Number ▼       Issue Date ▼       On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as Author of that part, and leave the space for dates of birth and death blank.

**a**  **NAME OF AUTHOR ▼**

Carl Steadly

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1959

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of  **United States**
{ Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?   ☒ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☑ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b**  **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
{ Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**

**a**  **Year in Which Creation of This Work Was Completed**
2004  Year in all cases.  This information must be given

**b**  **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month No later than December 31, 2004
Nation United States

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Carl Steadly
30615 Calle de Suenos
Rancho Palos Verdes, CA 90275

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 16 2005  MAY 23 2005
ONE DEPOSIT RECEIVED
FEB 16 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

| EXAMINED BY | _Mark/ SDW_ | FORM VA |
|---|---|---|
| CHECKED BY | | |

☐ CORRESPONDENCE
  ☐ Yes

**FOR COPYRIGHT OFFICE USE ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼            Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

    Irving Keschner
    21515 Hawthorne Boulevard, Suite 1150
    Torrance,   CA   90503

Area code and daytime telephone number   (310) 543-5200          Fax number   (310)543-0492
Email

**b**

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   **Carl Steadly**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

    Irving Keschner                               Date   January 25, 2005

Handwritten signature (X) ▼

X _____

**8**

**9**

| Certificate will be mailed in window envelope to this address. | Name ▼ | Complete all necessary spaces |
|---|---|---|
| | Irving Keschner | Sign your application in space 8 |
| | Number/Street/Apt ▼ | |
| | 21515 Hawthorne Boulevard, Suite 1150 | |
| | City/State/ZIP ▼ | |
| | Torrance,   CA   90503 | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—60,000   Web Rev June 2002   ● Printed on recycled paper                                    U.S. Government Printing Office: 2003-496-605/60,029

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-311-306**

U00001311306

EFFECTIVE DATE OF REGISTRATION

**FEB 16 2005**
Month        Day        Year

---

**1**

Title of This Work ▼

**Chuzenji Natural**

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

NATURE OF THIS WORK ▼ See Instructions

**Design made by tiles**

SEE CONTINUATION SHEET

---

**2**

NAME OF AUTHOR ▼

**a**  **Carl Steadly**

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of **United States**
     Domiciled in

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼
**1959**

Was This Author's Contribution to the Work
Anonymous?  ☒ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture          ☐ Map                    ☐ Technical drawing
☒ 2-Dimensional artwork            ☐ Photograph             ☐ Text
☐ Reproduction of work of art      ☐ Jewelry design         ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Name of Author ▼

**b**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
     Domiciled in

Dates of Birth and Death
Year Born ▼        Year Died ▼

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture          ☐ Map                    ☐ Technical drawing
☐ 2-Dimensional artwork            ☐ Photograph             ☐ Text
☐ Reproduction of work of art      ☐ Jewelry design         ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
**2004**  ◄ Year   This information must be given ONLY if this work has been published.   in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information  Month **No later than December 31**, Day  Year **2004**
**United States**  ◄ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**Carl Steadly**
**30615 Calle de Suenos**
**Rancho Palos Verdes, CA  90275**

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED  **MAY 23 2005**
**FEB 16 2005**
ONE DEPOSIT RECEIVED
**FEB 16 2005**
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.        Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | Nmk/SAW | FORM VA |
|---|---|---|
| CHECKED BY | | |

| CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|

FEB 14 2005

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b

Irving Keschner
21515 Hawthorne Boulevard, Suite 1150
Torrance, CA 90503

Area code and daytime telephone number  (310) 543-5200          Fax number  (310)543-0492

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Carl Steadly

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Irving Keschner          Date January 25, 2005

Handwritten signature (X) ▼

X

**9**

| Certificate will be mailed in window envelope to this address | Name ▼  Irving Keschner |
|---|---|
| | Number/Street/Apt ▼  21515 Hawthorne Boulevard, Suite 1150 |
| | City/State/ZIP ▼  Torrance, CA 90503 |

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—90,000   Web Rev: June 2002   ⊕ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,029

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-311-307**

U80091311387

EFFECTIVE DATE OF REGISTRATION

**FEB 16 2005**

Month   Day   Year

---

**1**

Title of This Work ▼

**Zushi Natural**

NATURE OF THIS WORK ▼ See Instructions

**Design made by tiles**

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼       Number ▼       Issue Date ▼       On Pages ▼

---

**2**

**NATE CONTINUATION SHEET**

NAME OF AUTHOR ▼

**a**   **Carl Steadly**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
**1959**

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of **United States**
      Domiciled in

Was This Author's Contribution to the Work
Anonymous?        ☒ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes ☒ No

**NOTE**

Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions

☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b**   Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
      Domiciled in

Was This Author's Contribution to the Work
Anonymous?        ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es). See Instructions

☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
This information must be given in all cases.
**2004** Year

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month **No later than December 31,** Day   Year **2004**
**United States** Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**Carl Steadly**
**30615 Calle de Suenos**
**Rancho Palos Verdes, CA 90275**

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED **FEB 16 2005**

ONE DEPOSIT RECEIVED **FEB 16 2005**

TWO DEPOSITS RECEIVED **MAY 23 2005**

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| | |
|---|---|
| EXAMINED BY | *Nmot/snw* |
| CHECKED BY | |
| ☑ CORRESPONDENCE Yes | FORM VA |

**FOR COPYRIGHT OFFICE USE ONLY**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions before completing this space.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

    Irving Keschner
    21515 Hawthorne Boulevard, Suite 1150
    Torrance,  CA  90503

Area code and daytime telephone number  **(310) 543-5200**          Fax number  **(310)543-0492**

Email

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  **Carl Steadly**
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

    Irving Keschner                          Date  **January 25, 2005**

Handwritten signature (X) ▼

X

| Certificate will be mailed in window envelope to this address | Name ▼   Irving Keschner |
|---|---|
| | Number/Street/Apt ▼   21515 Hawthorne Boulevard, Suite 1150 |
| | City/State/ZIP ▼   Torrance,  CA  90503 |

**9**

*17 U.S.C. § 506(e):* Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev August 2003—60,000   Web Rev June 2002   ⊛ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,029

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-311-309**

EFFECTIVE DATE OF REGISTRATION

**FEB 16 2005**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

Ohara Natural

**NATURE OF THIS WORK ▼ See Instructions**

Design made by tiles

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

## 2

**NAME OF AUTHOR ▼**

a   Carl Steadly

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1959

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of   United States
     Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?   ☒ Yes ☐ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See instructions
☑ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**Name of Author ▼**

b

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
     Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

## 3

**Year in Which Creation of This Work Was Completed**
a   2004
This information must be given   Year in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information   Month No later than December 31, 2004
ONLY if this work   b
has been published.   United States   Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Carl Steadly
30615 Calle de Suenos
Rancho Palos Verdes, CA 90275

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED   MAY 2 3 2005
ONE DEPOSIT RECEIVED
FEB 16 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

| | | |
|---|---|---|
| EXAMINED BY | _mk/saw_ | **FORM VA** |
| CHECKED BY | | |
| ☒ CORRESPONDENCE Yes | | **FOR COPYRIGHT OFFICE USE ONLY** |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a
b
See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼        **Account Number** ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b

Irving Keschner
21515 Hawthorne Boulevard, Suite 1150
Torrance, CA 90503

Area code and daytime telephone number **(310) 543-5200**        Fax number **(310)543-0492**

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **Carl Steadly**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

_Irving Keschner_        Date **January 25, 2005**

Handwritten signature (X) ▼

x _[signature]_

**9**

Certificate will be mailed in window envelope to this address.

**Name** ▼
Irving Keschner

**Number/Street/Apt** ▼
21515 Hawthorne Boulevard, Suite 1150

**City/State/ZIP** ▼
Torrance, CA 90503

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. August 2003—60,000   Web Rev. June 2002   ♻ Printed on recycled paper        U.S. Government Printing Office: 2003-496-605/60,039

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-311-310**

**EFFECTIVE DATE OF REGISTRATION**

**FEB 16 2005**
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**Title of This Work ▼**

Sendai Natural

**NATURE OF THIS WORK ▼** See Instructions

Design made by tiles

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**NAME OF AUTHOR ▼**

**a** Carl Steadly

**DATES OF BIRTH AND DEATH**
Year Born ▼  1959    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of United States
Domiciled in ____

**Was This Author's Contribution to the Work**
Anonymous?  ☒ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Name of Author ▼**

**b**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ____
Domiciled in ____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**
2004
This information must be given in all cases.    Year in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month No later than December 31  Day 2004  Year
United States    Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Carl Steadly
30615 Calle de Suenos
Rancho Palos Verdes, CA 90275

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
MAY 23 2005
**ONE DEPOSIT RECEIVED**
FEB 16 2005
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY _____ _Dwight / Saw_     **FORM VA**

CHECKED BY _____

☐ CORRESPONDENCE
☐ Yes

**FOR COPYRIGHT OFFICE USE ONLY**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

a
See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ _____ Account Number ▼ _____

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b

Irving Keschner
21515 Hawthorne Boulevard, Suite 1150
Torrance, CA 90503

Area code and daytime telephone number **(310) 543-5200**     Fax number **(310) 543-0492**

Email

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **Carl Steadly**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

_Irving Keschner_     Date **January 25, 2005**

Handwritten signature (X) ▼

X _____

**9**

Certificate will be mailed in window envelope to this address.

Name ▼
Irving Keschner

Number/Street/Apt ▼
21515 Hawthorne Boulevard, Suite 1150

City/State/ZIP ▼
Torrance, CA 90503

Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

**VA 1–311–311**

EFFECTIVE DATE OF REGISTRATION

**FEB 16 2005**
Month          Day          Year

---

RATE CONTINUATION SHEET

**1** Title of This Work ▼  Zushi Silk

NATURE OF THIS WORK ▼ See Instructions
Design made by tiles

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

---

**2** NAME OF AUTHOR ▼

**a** Carl Steadly

DATES OF BIRTH AND DEATH
Year Born ▼ 1959   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR ☐ Citizen of __United States__
☐ Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☒ Yes ☐ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es).See Instructions
☒ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE**
Under the law, the "author" of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR ☐ Citizen of _____
☐ Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es).See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
2004
Year   This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month No later than December 31, Day 2004
United States   Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Carl Steadly
30615 Calle de Suenos
Rancho Palos Verdes, CA 90275

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED MAY 23 2005
ONE DEPOSIT RECEIVED
FEB 16 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

See instructions before completing this space.

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY _____ *Nmel/snw* _____          FORM VA

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a**
See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                              **Account Number** ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b**

Irving Keschner
21515 Hawthorne Boulevard, Suite 1150
Torrance,  CA  90503

Area code and daytime telephone number  **(310) 543-5200**          Fax number  **(310)543-0492**

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  **Carl Steadly**
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

                    **Irving Keschner**                          Date  **January 25, 2005**

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address

**Name** ▼
Irving Keschner
**Number/Street/Apt** ▼
21515 Hawthorne Boulevard, Suite 1150
**City/State/ZIP** ▼
Torrance,  CA  90503

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev August 2003—60,000   Web Rev June 2002   ⊕ Printed on recycled paper                          U.S. Government Printing Office: 2003-496-605/60,029

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-311-312**

VA0001311312

EFFECTIVE DATE OF REGISTRATION

**FEB 16 2005**
Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼

**Sendai Silk**

NATURE OF THIS WORK ▼ See Instructions

**Design made by tiles**

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**

**a**  NAME OF AUTHOR ▼

**Carl Steadly**

DATES OF BIRTH AND DEATH
Year Born ▼   **1959**   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___ **United States**
Domiciled in ___

Was This Author's Contribution to the Work
Anonymous? ☒ Yes ☐ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☒ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b**  Name of Author ▼

Dates of Birth and Death
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___
Domiciled in ___

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**3**

**a**  Year in Which Creation of This Work Was Completed
**2004**
Year   in all cases.
This information must be given

**b**  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month **No later than December 31,** Day        Year **2004**
**United States**        Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

**Carl Steadly**
**30615 Calle de Suenos**
**Rancho Palos Verdes, CA  90275**

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
**FEB 16 2005**   **MAY 23 2005**
ONE DEPOSIT RECEIVED
**FEB 16 2005**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

| EXAMINED BY | Nmh / saw | FORM VA |
|---|---|---|
| CHECKED BY | | |

☒ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation. **6**

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼        **a**

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼  **b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **7**
Name ▼        Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼  **b**

Irving Keschner
21515 Hawthorne Boulevard, Suite 1150
Torrance,  CA  90503

Area code and daytime telephone number  (310) 543-5200        Fax number  (310)543-0492

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the  **8**

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   **Carl Steadly**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Irving Keschner        Date  January 25, 2005

Handwritten signature (X) ▼

X _____

**9**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Irving Keschner

Number/Street/Apt ▼
21515 Hawthorne Boulevard, Suite 1150

City/State/ZIP ▼
Torrance,  CA  90503

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev August 2003—20,000    Web Rev June 2002    ⊕ Printed on recycled paper        U.S. Government Printing Office: 2003-496-605/60,029

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-311-313**

VA0001311313

**EFFECTIVE DATE OF REGISTRATION**

**FEB 16 2005**

Month     Day     Year

---

LATE CONTINUATION SHEET

**1** — **Title of This Work ▼**

Ohara Silk

**NATURE OF THIS WORK ▼ See Instructions**

Design made by tiles

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2** — **NAME OF AUTHOR ▼**

**a**  Carl Steadly

**DATES OF BIRTH AND DEATH**
Year Born ▼  1959     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of  United States
      Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☒ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☒ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art     ☐ Jewelry design     ☐ Architectural work

**b**  **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
      Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art     ☐ Jewelry design     ☐ Architectural work

---

**3** — **a** **Year in Which Creation of This Work Was Completed**   2004   This information must be given in all cases.   Year in all cases.

**b** **Date and Nation of First Publication of This Particular Work** Complete this information ONLY if this work has been published.   Month No later than December 31, 2004
United States   Nation

---

**4** — **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Carl Steadly
30615 Calle de Suenos
Rancho Palos Verdes, CA 90275

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED** FEB 16 2005   MAY 23 2005
**ONE DEPOSIT RECEIVED** FEB 16 2005
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

| EXAMINED BY | Nmd(snw | FORM VA |
| CHECKED BY | | |

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

3MR \`\` 1 833

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼                **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b

        Irving Keschner
        21515 Hawthorne Boulevard, Suite 1150
        Torrance, CA  90503

Area code and daytime telephone number  **(310) 543-5200**                Fax number  **(310)543-0492**
Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ { ☐ author
                   ☐ other copyright claimant
                   ☐ owner of exclusive right(s)
                   ☒ authorized agent of   **Carl Steadly**
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

        Irving Keschner                                Date  **January 25, 2005**

Handwritten signature (X) ▼

X _____

| Certificate will be mailed in window envelope to this address | **Name** ▼   Irving Keschner | |
| | **Number/Street/Apt** ▼   21515 Hawthorne Boulevard, Suite 1150 | |
| | **City/State/ZIP** ▼   Torrance, CA  90503 | |

**9**

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

VA 1-311-314

U60001311314

**EFFECTIVE DATE OF REGISTRATION**

FEB 16 2005

Month        Day        Year

---

**1**

Title of This Work ▼

**Kyoto Natural**

NATURE OF THIS WORK ▼ See Instructions

**Design made by tiles**

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**

NAME OF AUTHOR ▼

**Carl Steadly**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
**1959**

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of **United States**
Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☒ Yes ☐ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b**

Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
**2004**
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month **No later than December 31,** Day Year **2004**
Nation **United States**

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**Carl Steadly**
**30615 Calle de Suenos**
**Rancho Palos Verdes, CA 90275**

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 16 2005   MAY 23 2005

ONE DEPOSIT RECEIVED
FEB 16 2005

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

EXAMINED BY _____ FORM VA

CHECKED BY _____

CORRESPONDENCE ☑ Yes

FOR COPYRIGHT OFFICE USE ONLY

FEB 16 2005

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ _____ Account Number ▼ _____

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Irving Keschner
21515 Hawthorne Boulevard, Suite 1150
Torrance, CA 90503

b

Area code and daytime telephone number (310) 543-5200        Fax number (310)543-0492

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _____ **Carl Steadly**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

_____ Irving Keschner _____        Date **January 25, 2005**

Handwritten signature (X) ▼

X _____

**Certificate will be mailed in window envelope to this address.**

Name ▼
Irving Keschner

Number/Street/Apt ▼
21515 Hawthorne Boulevard, Suite 1150

City/State/ZIP ▼
Torrance, CA 90503

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—60,000   Web Rev: June 2002   ♻ Printed on recycled paper        U.S. Government Printing Office: 2003-496-605/60,089

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-305-383**

EFFECTIVE DATE OF REGISTRATION

**SEP 20 2004**
Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**Title of This Work ▼**

Silver Moon Silk

**NATURE OF THIS WORK ▼ See Instructions**

Tile Design

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

---

## 2

**a**  **NAME OF AUTHOR ▼**

Carl Steadly

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼
1959

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___ United States
Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?  ☒ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☒ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☒ 3-Dimensional sculpture      ☐ Map                ☐ Technical drawing
☒ 2-Dimensional artwork        ☐ Photograph         ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design     ☐ Architectural work

**b**  **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___
Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph         ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design     ☐ Architectural work

---

## 3

**a**  **Year in Which Creation of This Work Was Completed**
2004
Year  *This information must be given in all cases.*

**b**  **Date and Nation of First Publication of This Particular Work**
*Complete this information ONLY if this work has been published.*
Month NO LATER THAN MARCH 3 2004  Day
United States          Nation

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Carl Steadly
30615 Calle de Suenos
Rancho Palos Verdes, CA 90275

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED  APR 19 2005
ONE DEPOSIT RECEIVED  SEP 20 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

*DO NOT WRITE HERE
OFFICE USE ONLY*

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.      Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

| EXAMINED BY | ~~Mit~~ | FORM VA |
| CHECKED BY | | |
| ☒ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is Yes, give Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions
before completing
this space.

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Irving Keschner
21515 Hawthorne Boulevard, SUite 1150
Torrance,  CA  90503

b

Area code and daytime telephone number  (310) 543-5200          Fax number  (310) 543-0492

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
{ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    Carl Steadly

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Irving Keschner                                        Date July 29, 2004

Handwritten signature (X) ▼

X ~~signature~~

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼<br>Irving Keschner<br>Number/Street/Apt ▼<br>21515 Hawthorne Boulevard, Suite 1150<br>City/State/ZIP ▼<br>Torrance,  CA  90503 | Complete all necessary spaces<br>Sign your application in space 8<br><br>1 Application form<br>2 Nonrefundable filing fee in check or money<br>order payable to Register of Copyrights<br>3 Deposit material<br><br>Library of Congress<br>Copyright Office<br>101 Independence Avenue  S E<br>Washington, D C 20559-6000 | **9** |

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev August 2003—30 000   Web Rev June 2002   ⊕ Printed on recycled paper          U S Government Printing Office: 2003-496-605/60 029

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-305-384**

SEP 20 2004
Month    Day    Year

---

**1**

ARATE CONTINUATION SHEET

Title of This Work ▼

**Silver Moon Pearl**

NATURE OF THIS WORK ▼ See Instructions

**Tile Design**

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼

**Carl Steadly**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1959

**NOTE**

Under the law the "author" of a work made for hire is generally the employer not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of **United States**
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☒ Yes ☐ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed **2004**
This information must be given ONLY if this work in all cases. Year in all cases. has been published.

**b** Date and Nation of First Publication of This Particular Work
Complete this information Month **NO LATER THAN MARCH 31** Day Year **2004**
Nation **United States**

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

**Carl Steadly**
**30615 Calle de Suenos**
**Rancho Palos Verdes, CA 90275**

APPLICATION RECEIVED
SEP 20 2004   APR 19 2005
ONE DEPOSIT RECEIVED
SEP 20 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | mnk/W | FORM VA |
|---|---|---|
| CHECKED BY | | |

☒ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☐ Yes   ☐ No   If your answer is "Yes,   why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes,  give  Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions
before completing
this space.

b Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                                                    Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Irving Keschner
21515 Hawthorne Boulevard, SUite 1150
Torrance,  CA  90503

b

Area code and daytime telephone number   **(310) 543-5200**          Fax number   **(310) 543-0492**

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   **Carl Steadly**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Irving Keschner                                                    Date  July 29, 2004

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address

| Name ▼ |
|---|
| Irving Keschner |
| Number/Street/Apt ▼ |
| 21515 Hawthorne Boulevard, Suite 1150 |
| City/State/ZIP ▼ |
| Torrance,  CA  90503 |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington, D C  20559-6000

Fees are subject to
change  For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2,500

Rev  August 2003—30 000   Web Rev  June 2002   ⊕ Printed on recycled paper                                    U S Government Printing Office  2003-496-605/60 029

Certificate of Registrati





**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-305-386**

U88001305386

EFFECTIVE DATE OF REGISTRATION

**SEP 2 0 2004**
Month            Day            Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**Title of This Work ▼**

Butterscotch Pearl

**NATURE OF THIS WORK ▼** See Instructions

Tile Design

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

**2**

**NOTE**

Under the law the "author" of a work made for hire is generally the employer not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**

**NAME OF AUTHOR ▼**

Carl Steadly

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼
1959

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___ United States ___
Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?  ☒ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture
☒ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b**

**Name of Author ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___
Domiciled in ___

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**3**

**a** **Year in Which Creation of This Work Was Completed**
2004
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month NO LATER THAN MARCH 31, 2004
United States                    Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Carl Steadly
30615 Calle de Suenos
Rancho Palos Verdes, CA 90275

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
APR 1 9 2005
**ONE DEPOSIT RECEIVED**
SEP 2 0 2004
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

*DO NOT WRITE HERE  OFFICE USE ONLY*

**MORE ON BACK ▶**    Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _____   **FORM VA**

CHECKED BY

☒ CORRESPONDENCE
☐ Yes

**FOR
COPYRIGHT
OFFICE
USE
ONLY**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is Yes, give: Previous Registration Number ▼                Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a**

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                              Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b**

Irving Keschner
21515 Hawthorne Boulevard, SUite 1150
Torrance, CA 90503

Area code and daytime telephone number  (310) 543-5200          Fax number  (310) 543-0492

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   **Carl Steadly**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

__Irving Keschner__                          Date __July 29, 2004__

Handwritten signature (X) ▼

x

**Certificate
will be
mailed in
window
envelope
to this
address**

Name ▼
Irving Keschner
Number/Street/Apt ▼
21515 Hawthorne Boulevard, Suite 1150
City/State/ZIP ▼
Torrance, CA 90503

**9**

Complete all necessary spaces
Sign your application in space 8

1 Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington, D C 20559-6000

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application  shall be fined not more than $2,500.*

Rev August 2003—30 000   Web Rev June 2002   ⊕ Printed on recycled paper

U S Government Printing Office 2003-496-605/60 029

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-305-387**

EFFECTIVE DATE OF REGISTRATION

SEP 20 2004

Month    Day    Year

---

SEPARATE CONTINUATION SHEET

**1**

Title of This Work ▼

**Teal Silk**

NATURE OF THIS WORK ▼ See Instructions

**Tile Design**

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

NAME OF AUTHOR ▼

**a** Carl Steadly

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1959

**NOTE**

Under the law the author of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of **United States**
      Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☒ Yes ☐ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes, see detailed instructions.

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture
☒ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

Name of Author ▼

**b**

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
      Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes, see detailed instructions.

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
**2003**
Year In all cases.
This information must be given

**b** Date and Nation of First Publication of This Particular Work
Month No later than FEBRUARY 28, 2003 Year
Complete this information ONLY if this work has been published.
**United States** Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**Carl Steadly
30615 Calle de Suenos
Rancho Palos Verdes, CA 90275**

APPLICATION RECEIVED
SEP 20 2004    APR 19 2005
ONE DEPOSIT RECEIVED
SEP 20 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See Instructions before completing this space

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶    Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | *Mult Id* | | FORM VA |
|---|---|---|---|
| CHECKED BY | | | |

☒ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☐ Yes   ☐ No   If your answer is "Yes,  why is another registration being sought? (Check appropriate box.) ▼

a.  ☐ This is the first published edition of a work previously registered in unpublished form.

b.  ☐ This is the first application submitted by this author as copyright claimant.

c.  ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes,  give  Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work,  complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                              Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Irving Keschner
21515 Hawthorne Boulevard, SUite 1150
Torrance,  CA  90503

Area code and daytime telephone number   (310) 543-5200          Fax number   (310)  543-0492

Email

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   **Carl Steadly**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Irving Keschner                                    Date July 29, 2004

Handwritten signature (X) ▼

X

**CERTIFICATION**

| Certificate will be mailed in window envelope to this address | Name ▼ |
|---|---|
| | Irving Keschner |
| | Number/Street/Apt ▼ |
| | 21515 Hawthorne Boulevard, Suite 1150 |
| | City/State/ZIP ▼ |
| | Torrance,  CA  90503 |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington, D C  20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

**9**

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev August 2003—30 000   Web Rev June 2002   ℗ Printed on recycled paper                    U S Government Printing Office 2003-496-605/60 029



# Certificate of Registration



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1–305–388**

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

EFFECTIVE DATE OF REGISTRATION

**SEP 20 2004**
Month   Day   Year

---

**1**

DATE CONTINUATION SHEET

**Title of This Work ▼**

**Butterscotch Silk**

**NATURE OF THIS WORK ▼** See Instructions

**Tile Design**

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**2**

**NAME OF AUTHOR ▼**

**a**  **Carl Steadly**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
**1959**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of **United States**
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☒ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es).**See Instructions**
☒ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**Name of Author ▼**

**b**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es).**See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**

**a** **Year in Which Creation of This Work Was Completed**
**2004**  Year in all cases.
This information must be given

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month **no later than March 31, 2004**
**United States**  Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

**Carl Steadly**
**30615 Calle de Suenos**
**Rancho Palos Verdes, CA 90275**

APPLICATION RECEIVED
**APR 19 2005**
ONE DEPOSIT RECEIVED
**SEP 20 2004**
TWO DEPOSITS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| | |
|---|---|
| EXAMINED BY  *[signature]* | **FORM VA** |
| CHECKED BY | |
| ☒ **CORRESPONDENCE** Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?  
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼  
a. ☐ This is the first published edition of a work previously registered in unpublished form.  
b. ☐ This is the first application submitted by this author as copyright claimant.  
c. ☐ This is a changed version of the work, as shown by space 6 on this application.  
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.  
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**  a

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.  
Name ▼          Account Number ▼

**7**  a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b

Irving Keschner  
21515 Hawthorne Boulevard, SUite 1150  
Torrance, CA  90503

Area code and daytime telephone number  (310) 543-5200          Fax number  (310) 543-0492  
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the  
check only one ▶  ☐ author  
☐ other copyright claimant  
☐ owner of exclusive right(s)  
☒ authorized agent of  **Carl Steadly**  
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Irving Keschner                                    Date **July 29, 2004**

Handwritten signature (X) ▼  
X  *[signature]*

**9**

Certificate will be mailed in window envelope to this address

Name ▼  
**Irving Keschner**  
Number/Street/Apt ▼  
**21515 Hawthorne Boulevard, Suite 1150**  
City/State/ZIP ▼  
**Torrance, CA  90503**

Complete all necessary spaces  
Sign your application in space 8

1. Application form  
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*  
3. Deposit material

Library of Congress  
Copyright Office  
101 Independence Avenue S.E.  
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Rev: August 2003—30,000   Web Rev: June 2002   ℗ Printed on recycled paper                    U.S. Government Printing Office: 2003-496-605/60 029

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM**
Authority for Civil Cover Sheet

The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.   (a)   PLAINTIFFS - DEFENDANTS. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a Government Agency use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official giving both name and title.

     (b)   County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: in land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

     (c)   Attorneys. Enter firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section ("see attachment"). Refer to Local Rules 83-2.7 and 41-6 for further information regarding change of attorney name, address, firm association, phone number, fax number or e-mail address, and dismissal of action for failure of pro se plaintiff to keep Court apprised of current address.

II.  JURISDICTION. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdiction be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

     United States Plaintiff.  (1) Jurisdiction is based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

     United States Defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

     Federal Question.  (3) This refers to suits under 28 U.S.C. 1331 where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, and act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code take precedence and box 1 or 2 should be marked.

     Diversity of Citizenship.  (4) This refers to suits under 28 U.S.C. 1332 where parties are citizens of different states. When box 4 is checked, the citizenship of the different parties must be checked. (See Section III below) (Federal question actions take precedence over diversity cases.)

III. RESIDENCE (CITIZENSHIP) OF PRINCIPAL PARTIES. This section of the CV-71 (JS-44) is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.  ORIGIN. Place an "X" in one of the seven boxes:

     (1)   Original Proceedings. Cases which originate in the United States District Courts.

     (2)   Removed from State Court. Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C. Section 1441. When the petition for removal is granted, check this box.

     (3)   Remanded from Appellate court. Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

     (4)   Reinstated or Reopened. Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

     (5)   Transferred from Another District. For cases transferred under Title 28 U.S.C. Section 1404(a). DO NOT use this for within-district transfers or multidistrict litigation transfers. When this box is checked, DO NOT check (6) below.

     (6)   Multidistrict Litigation. Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, DO NOT check (5) above.

     (7)   Appeal to District Judge from Magistrate Judge Judgment. Check this box for an appeal from a magistrate judge's decision.

V.   REQUESTED IN COMPLAINT.
     *Class Action.* Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
     *Demand.* In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.
     *Jury Demand.* Check the appropriate box to indicate whether or not a jury is being demanded.

VI.  CAUSE OF ACTION. Report the civil statute directly related to the cause of action and give a brief description of the cause of action. Do not cite jurisdictional statues unless diversity.           Example: U.S. Civil Statute: 47 USC 553
                                                                                                      Brief Description: Unauthorized reception of cable service

VII. NATURE OF SUIT. Place an "X" in the appropriate box. MARK ONE BOX ONLY. If the cause of action fits more than one nature of suit, select the one that best describes your cause of action.

VIII(a) IDENTICAL CASES. Indicate if an identical action has previously been filed and dismissed, remanded or closed. Insert the docket number and judge's name, if applicable.

VIII(b) RELATED CASES. This section of the CV-71 (JS-44) is used to reference related cases, if any. If there are related cases, insert the docket numbers and the corresponding judge's name for each case. Check all boxes that apply.

IX.  VENUE. This section of the CV-71 (JS-44) is used to identify the correct division in which the case will be filed. Please remember to indicate the residence of EACH plaintiff and defendant and the county or state in which each claim arose.

     If the United States government or an agency thereof is a plaintiff or defendant, place an "X" in the appropriate box. Indicate the residence of other parties, if any.

     In each category: for each party and claim, indicate the county, if in California. If other than California, you need only to list the state or country.

X.   Attorney or party appearing pro per must sign and date this form.