CHAMBERS

1 | DAVID A. DILLARD, CA Bar No. 97515
david.dillard@cph.com
2 | PATRICK J. ORME
patrick.orme@cph.com
3 | CHRISTIE, PARKER & HALE, LLP
350 West Colorado Boulevard, Suite 500
4 | Post Office Box 7068
Pasadena, California 91109-7068
5 | Telephone: (626) 795-9900
Facsimile: (626) 577-8800
6 |
7 | Attorneys for Plaintiffs,
CENTURY TILE, INC., and
8 | CARL STEADLY

9 |            UNITED STATES DISTRICT COURT

10 |           CENTRAL DISTRICT OF CALIFORNIA

11 |

12 | CENTURY TILE, INC., a California    Case No.  08-01993-GW (PLAx)
corporation d/b/a STONE PEWTER
13 | ACCENTS and MALAGA COVE         **AMENDED COMPLAINT
TILE, and CARL STEADLY, an        FOR COPYRIGHT
14 | individual,                       INFRINGEMENT, TRADE
                                   DRESS INFRINGEMENT,
15 |         Plaintiff(s),             UNFAIR TRADE PRACTICES
                                   AND UNFAIR COMPETITION**
16 |     vs.
                                   **[DEMAND FOR JURY TRIAL]**
17 | HIRSCH GLASS COMPANY, a New
Jersey corporation, PARAGON
18 | INDUSTRIES, INC., a California
corporation d/b/a BEDROSIAN TILE
19 | & MARBLE, and ALYSEDWARDS
TILE & STONE, an unknown
20 | California entity

21 |         Defendant(s).

22 |

23 |     For their Complaint, Plaintiffs Century Tile, Inc. ("Century Tile") and Carl

24 | Steadly ("Steadly") allege as follows:

25 |                 **JURISDICTION AND VENUE**

26 |     1.    This is an action arising under the Lanham Act, Title 15, United

27 | States Code, §§ 1051 *et seq.*, and the Copyright Act, Title 17, United States Code,

28 | §§ 101 *et seq.* This Court has jurisdiction pursuant to 15 U.S.C. § 1121, 28 U.S.C.



§ 1331, § 1338(a) and (b) and § 1332. Venue is proper under 28 U.S.C. § 1391(b) and § 1400(a) because Defendants resides in California pursuant to 28 U.S.C. § 139 1(c).

2.     This Court has supplemental jurisdiction over the claims in this Complaint that arise under state statutory and common law of the State of California pursuant to 28 U.S.C. § 1338(b) and § 1367(a), because the state law claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

## PARTIES

3.     Plaintiff Century Tile is a California corporation organized and existing under the laws of the State of California having a business address at 30615 Calle de Buenos, Rancho Palos Verdes California, 90275 and is doing business as Lunada Bay Tile, Stone & Pewter Accents and Malaga Cove Tile.

4.     Plaintiff Steadly is an individual residing in Palos Verdes, California. Plaintiff Steadly is the principal of Century Tile.

5.     On information and belief, Defendant Hirsch Glass Company ("Hirsch") is a corporation organized and existing under the laws of the State of New Jersey having a business address at 9 Chris Court, Unit E, Dayton, New Jersey 08810.

6.     On information and belief, Defendant Paragon Industries, Inc. ("Paragon") is a California corporation headquartered at 4285 N. Golden State Blvd., 4, Fresno, California 93722 and is doing business as Bedrosians Tile & Marble.

7.     On information and belief, Defendant AlysEdwards Tile & Stone ("AE") is a company organized and existing under the laws of the State of California having a business address at 1515 E. Winston Avenue, Anaheim, California 92805.

## FACTS COMMON TO ALL CLAIMS

CHRISTIE, PARKER & HALE, LLP

1

### Century Tile's Business

2    8.    Century Tile is in the business of manufacturing, distributing and

3    selling high quality glass and ceramic tiles for businesses, residential consumers,

4    and intermediary businesses that redistribute Century Tile's goods to the ultimate

5    consumer. Century Tile's products have had outstanding commercial success for

6    over seven years and are distributed nationwide, including in New Jersey and

7    California, under the brands Lunada Bay Tile Stone & Pewter Accents and

8    Malaga Cove Tile.

9    9.    Century Tile has become one of the most popular sources of fine

10    hand crafted glass tiles in this country. Century Tile has become a recognized

11    leader and innovator in the industry and is an exclusive distributor of a variety of

12    lines of original and inventive glass tiles, including the copyrighted "Sumi-e" and

13    "Hand Poured Marbleized " lines of glass tiles created by Steadly.

14    10.    Century Tile's "Sumi-e" and "Hand Poured Marbleized " lines of tile

15    designs are distinctive. Each of these tile lines has a unique combination of

16    colors, color blending and mixing, transparency and/or translucency textures and

17    finishes that create an overall distinctive look and feel that make them

18    recognizable throughout the industry as Century Tile's glass tiles. Century Tile's

19    trade dress in these tile designs includes their overall appearance, including at

20    least their size, shape, colors, color schemes, transparency and/or translucency

21    and surface textures.

22    11.    The design and colors for the Sumi-e and Marbleized Mosaic tiles

23    are so unique that Steadly sought and received registrations for the copyright in

24    the design of these tiles from the United States Copyright Office including

25    Registration Nos. VA1-311-300, VA1-311-301, VA1-311-302, VA1-311-303,

26    VA1-311-306, VA1-311-307, VA1-311-309, VA1-311-310, VA1-311-311, VA1-

27    311-312, VA1-311-313, VA1-311-314, VA1-305-383, VA1-305-384, VA1 -305-

28    386, VA1-305-387 and VA1-305-388 (the "Copyrighted Designs"). Steadly is the

-3-

1  exclusive owner of all right, title and interest in and to the copyrights and trade

2  dress of the original design used in these glass tiles.

3      12.    Steadly provides an exclusive license to Century Tile to

4  manufacture, have manufactured, import, market and sell glass tiles using the

5  original designs contained in the aforementioned copyrights and trade dress.

6      13.    Plaintiffs have expended a vast amount of resources in developing,

7  producing, inventorying, protecting, marketing and selling its Sumi-e and Hand

8  Poured Marbleized Mosaic products and the intellectual property contained

9  therein. As such, Century Tile's business and products enjoy a highly favorable

10  reputation and success in the industry.

## Defendant's Unlawful Conduct

12      14.    Plaintiffs are informed and believe that Defendant Hirsch is a

13  wholesale manufacturer of glass tiles engaged in the business of manufacturing,

14  marketing and selling of glass tiles to the residential, commercial and distributor

15  markets.

16      15.    Plaintiffs are informed and believe that Defendant Paragon is

17  engaged in the business of marketing and selling glass tiles to the residential and

18  commercial markets.

19      16.    Plaintiffs are informed and believe that Defendant AE is engaged in

20  the business of marketing and selling of glass tiles to the commercial and

21  distributor markets.

22      17.    Plaintiffs have not authorized Defendants to copy, reproduce,

23  manufacture, duplicate, disseminate or distribute tiles with designs that are the

24  same as, or derived from Plaintiffs' copyrighted Sumi-e or Hand Poured

25  Marbleized Mosaic tile designs, or confusingly similar to that of Plaintiffs' Sumi-

26  e or Hand Poured Marbleized Mosaic trade dress.

27      18.    Plaintiffs are informed and believe that Defendant Hirsch has

28  engaged in the marketing, manufacture, distribution, duplication and sale of tiles

-4-

copied or derived from the proprietary designs of Plaintiffs' Sumi-e and Marbleized Mosaic tiles identified by Plaintiffs' copyright registrations listed above. Defendant Hirsch's infringing products include those having at least the following product designations: J00317, J10315, J01991, J01993, J00131, J10131, J11991, J10623, J00247, J10238, JC0317, JC1992 and JC387. Plaintiffs are informed and believe that Defendant Paragon is marketing and selling Hirsch's infringing products to the public.

19.    Plaintiffs are informed and believe that Defendant AE has engaged in the marketing, distribution and sale of tiles copied or derived from the proprietary designs of Plaintiffs' Sumi-e and Marbleized Mosaic tiles identified by Plaintiffs' copyright registrations listed above.  Defendant AE's infringing products include at least their "Haute Glass" line of tiles.

20.    Plaintiffs are informed and believe that Defendants sell or have sold glass tiles substantially identical to or derived from and having the same mosaic designs' overall look and feel to Plaintiffs' copyrighted Sumi-e and Marbleized Mosaic tiles.

21.    Plaintiffs are informed and believe that Defendants have adopted and are using and selling glass tiles having designs that are confusingly similar to the trade dress of Plaintiffs' Sumi-e and Marbleized Mosaic tiles.

22.    Defendants' copying of the copyrighted Sumi-e and Marbleized Mosaic tile designs, use of the Plaintiffs' trade dress in their Sumi-e and Marbleized Mosaic tiles and all of the other conduct alleged above in connection with their goods has caused and is likely to cause confusion, to cause mistake and to deceive consumers into falsely believing that the parties' goods originate from a common source or that there is a connection between Defendants and Plaintiffs.

## **Defendants Acted Willfully and Intentionally**

23.    Plaintiffs, their Copyrighted Designs, trade dress and the business of Plaintiffs are have been known to Defendants prior to the commencement of

1  Defendants' infringing activities.

2      24.    Plaintiffs' Sumi-e and Marbleized Mosaic tiles have been available

3  throughout the nation to Defendants through Plaintiffs' marketing, distribution

4  and sales activities since at least as early as 2005.

5      25.    Plaintiffs have not licensed or otherwise authorized Defendants to

6  manufacture, import, distribute, publicly display, offer for sale or sell glass tiles

7  that are copies of, derived from or similar to Plaintiffs' Copyrighted Designs.

8  Plaintiffs have not consented to Defendants' use of the Plaintiffs' trade dress in

9  their Sumi-e and Marbleized Mosaic tiles, nor have Plaintiffs sponsored,

10 endorsed, or approved the goods and services offered and promoted by

11 Defendants.

12     26.    Plaintiffs are informed and believe that each Defendant has

13 intentionally created tiles copied or derived from Plaintiffs' Copyrighted Designs

14 and trade dress with knowledge of Plaintiffs' rights therein, in an attempt to target

15 Plaintiffs' customers by creating the impression of an association between

16 Defendants and Plaintiffs or an endorsement by Plaintiffs of Defendants and/or

17 Defendants' goods.

18     27.    Plaintiffs have notified Defendant Hirsch in writing that its activities

19 violate its valuable intellectual property rights, and Defendant Hirsch has refused

20 to acknowledge Plaintiffs' rights or cease its activities.

21                        **FIRST CAUSE OF ACTION**

22                         **(Copyright Infringement)**

23     28.    Plaintiffs repeat and reallege paragraphs 1 through 27 of this

24 Complaint.

25     29.    Plaintiffs' Sumi-e and Marbleized Mosaic glass tile designs consist

26 of wholly original material and are copyrightable subject matter under the

27 copyright laws of the United States.

28     30.    Defendants are infringing Plaintiffs' copyrighted tile designs in

CHRISTIE, PARKER & HALE, LLP

1   violation of the Copyright Act, 17 U.S.C. § 101, *et seq.*, by manufacturing,

2   importing, distributing, publicly displaying, offering for sale, and/or selling tiles

3   that were copied, caused to be copied, derived or caused to be derived from

4   Plaintiffs' Copyrighted Designs and which are substantially similar to those

5   Copyrighted Designs.

6       31.    Plaintiffs further alleges that Defendants' products described above

7   demonstrate substantial similarities to Plaintiffs' Copyrighted Designs, and that

8   such similarities are of a sort that indicate copying or derivation rather than

9   independent creation, coincidence, or a prior common source, in that the

10   infringing copies use at least the same color schemas, translucencies and/or

11   transparencies in combination with color striations.

12       32.    Plaintiffs are informed and believe that Defendants' manufacture,

13   distribution, duplication and/or sale of infringing tiles copied or derived from the

14   Copyrighted Designs has been deliberate, willful, malicious, oppressive, and

15   without regard to Plaintiffs' proprietary rights.

16       33.    Defendants' copyright infringement has caused, and will continue to

17   cause Plaintiffs to suffer substantial injuries, loss, and damage to their proprietary

18   and exclusive rights to the Copyrighted Designs and further, has damaged

19   Plaintiffs' business reputation and goodwill, diverted its trade, and caused loss of

20   profits, all in an amount not yet determined. In addition, Plaintiffs are entitled to

21   receive the profits made by Defendants from their wrongful acts pursuant to 17

22   U.S.C. § 504.

23       34.    Defendants' copyright infringement, and the threat of continuing

24   infringement has caused, and will continue to cause Plaintiffs repeated and

25   irreparable injury. It would be difficult to ascertain the amount of money damages

26   that would afford Plaintiffs adequate relief at law for Defendants' acts and

27   continuing acts. Plaintiffs' remedy at law is not adequate to compensate it for the

28   injuries already inflicted and further threatened by Defendants. Therefore,

CHRISTIE, PARKER & HALE, LLP

1    Plaintiffs are entitled to preliminary and permanent injunctive relief pursuant to

2    17 U.S.C. § 502, and to an order under 17 U.S.C. § 503 and 28 U.S.C. § 1651(a)

3    that the infringing tiles copied or derived from the Copyrighted Designs be

4    seized, impounded and destroyed.

5         35.    Plaintiffs are also entitled to recover attorneys' fees and cost of suit

6    pursuant to 17 U.S.C. § 505.

7    **SECOND CAUSE OF ACTION**

8    **(Trade Dress Infringement)**

9         36.    Plaintiffs repeat and reallege Paragraphs 1 through 35 of this

10    Complaint.

11         37.    The designs of Plaintiffs' Sumi-e and Marbleized Mosaic tiles

12    constitute protectable trade dress.

13         38.    As a result of the distinctiveness of the Sumi-e and Marbleized

14    Mosaic designs and Plaintiffs' extensive advertising, promotion and sale of its

15    goods incorporating the Sumi-e and Marbleized Mosaic designs, the relevant

16    consuming public has come to recognize the trade dress of the Sumi-e and

17    Marbleized Mosaic tiles as designating a single source of origin.

18         39.    Plaintiffs are informed and believe that Defendants' use of glass tile

19    designs which are copied or derived from and are confusingly similar to the

20    Sumi-e and Marbleized Mosaic designs is intended to and is likely to cause

21    confusion that Defendants' products are made by, sponsored by, or affiliated with

22    Plaintiffs.

23         40.    The above-described acts of Defendants constitute trade dress

24    infringement in violation of 15 U.S.C. § 1125 in that Defendants have falsely

25    described or represented it goods as originating from Plaintiffs and has caused

26    such goods to enter into interstate commerce.

27         41.    Plaintiffs are being damaged and are likely to be damaged in the

28    future by Defendants' actions by reason of the likelihood that purchasers will be

CHRISTIE, PARKER & HALE, LLP

confused as to the source, sponsorship, or affiliation of Defendants' goods.

42.   Defendants have unfairly profited from the actions alleged herein and will continue to be unjustly enriched unless and until such conduct is enjoined.

43.   By reason of Defendants' acts alleged herein, Plaintiffs have and will suffer damage to their reputation and goodwill and the loss of sales and profits Plaintiffs would have made but for Defendants' acts.

44.   By reason of Defendants' acts alleged herein, Plaintiffs have suffered and will suffer irreparable harm unless and until Defendants' conduct is enjoined.

45.   Defendants' acts alleged herein were willful and taken in conscious disregard of Plaintiffs' rights.

## THIRD CAUSE OF ACTION

### (Unfair Trade Practices Under California Law)

46.   Plaintiffs repeat and reallege paragraphs 1 through 45 of this Complaint.

47.   The above-described conduct of the Defendants constitutes unfair trade practices under California Business and Professions Code § 17200, *et seq.*

48.   Pursuant to California Business and Professions Code § 17203, Defendants are required to disgorge and restore to Plaintiffs all profits and property acquired by means of Defendants' unfair competition with Plaintiffs.

49.   As a result of the actions of Defendants, Plaintiffs have suffered and will continue to suffer irreparable harm unless and until Defendants' conduct is enjoined.

## FOURTH CAUSE OF ACTION

### (Unfair Competition Under California Common Law)

50.   Plaintiffs repeat and reallege paragraphs 1 through 49 of this Complaint.

51.   The above-described conduct of Defendants constitutes unfair

CHRISTIE, PARKER & HALE, LLP

competition under the common law of the State of California.

52.    Because Defendants' conduct has been intentional and willful and in conscious disregard of the rights of Plaintiffs, Plaintiffs are entitled to punitive damages against Defendants.

## PRAYER FOR RELIEF

WHEREFORE, in consideration of the foregoing, Plaintiffs respectfully request that this Court enter an Order granting the following relief:

1.    That the Court enter judgment against Defendants that each Defendant has:

    (a)    infringed Plaintiffs' trade dress rights;

    (b)    infringed the Plaintiffs' rights in the federally registered copyrights for the Sumi-e and Marbleized Mosaic tile designs under 17 U.S.C. § 501;

    (c)    engaged in unfair trade practices in violation of California Business and Profession Code § 17200, *et seq.*; and

    (d)    competed unfairly with Plaintiffs in violation of California common law;

2.    That each Defendant be required by mandatory injunction to deliver up to Plaintiffs for destruction any and all infringing products in their possession, custody or control copied or derived from Plaintiffs' glass tile designs;

3.    That each Defendant pays to Plaintiffs damages and profits for that Defendant's trade dress infringement, together with prejudgment and post-judgment interest;

4.    That each Defendant pay to Plaintiffs all profits which it has received from its sale of infringing products, and that such damages be trebled in accordance with the provisions of 15 U.S.C. § 1117, together with prejudgment and post-judgment interest;

5.    That each Defendant pay to Plaintiffs damages for Defendants'

CHRISTIE, PARKER & HALE, LLP

copyright infringement either: (i) actual damages in an amount to be determined at trial, together with the Defendant's profits derived from its unlawful infringement of Plaintiffs' copyrights; or (ii) statutory damages for each act of infringement in an amount provided by law, as set forth in 17 U.S.C. § 504, at Plaintiffs' election before the entry of final judgment, together with prejudgment and post-judgment interest;

6.      That Plaintiffs be awarded all profits and property acquired by means of Defendants' unfair competition with Plaintiff, together with prejudgment and post-judgment interest;

7.      That each Defendant pays Plaintiffs punitive damages;

8.      That the Court issue a permanent injunction enjoining and restraining each Defendant and its respective agents, servants, employees, successors and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with each Defendant, from copying, making derivative works, reproducing, manufacturing, duplicating, disseminating, distributing, or using products embodying Plaintiffs' trade dress or copied or derived from Plaintiffs' Copyrighted Designs;

9.      That the Court issue an Order at the conclusion of the present matter that the infringing products be seized, impounded and destroyed;

10.    That the Court award Plaintiffs their reasonable attorneys' fees pursuant to 17 U.S.C. § 505, 15 U.S.C. § 1117, and any other applicable provision of law;

11.    That the Court award Plaintiffs their costs of suit incurred herein; and;

///

///

///

CHRISTIE, PARKER & HALE, LLP

1       12.   That Plaintiffs have such other or further relief as the Court may

2  deem just and proper.

4  DATED:  April 29, 2008          Respectfully submitted,

5                        CHRISTIE, PARKER & HALE, LLP

7                      By

                        David A. Dillard

                        Attorneys for Plaintiffs,
Century Tile, Inc. and
Carl Steadly

1

## **DEMAND FOR JURY TRIAL**

2

Under Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs

3

Century Tile, Inc., et al. hereby demand trial by jury on all issues triable to a jury.

4

5

DATED:  April 29, 2008

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

6

7

By

8

David A. Dillard

9

Attorneys for Plaintiffs,
Century Tile, Inc. and
Carl Steadly

10

11

12

13    RG PAS792074.1-*-04/29/08 2:37 PM

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-311-300**

U60001311309

EFFECTIVE DATE OF REGISTRATION

**FEB 16 2005**
Month    Day    Year

---

RATE CONTINUATION SHEET

**1**

**Title of This Work ▼**

Morioka Silk

**NATURE OF THIS WORK ▼** See Instructions

Design made by tiles

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NAME OF AUTHOR ▼**

**a**   Carl Steadly

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1959

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____ United States
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☒ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**Name of Author ▼**

**b**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
2004
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Month No later than December 31, 2004
United States    Nation
Complete this information ONLY if this work has been published.

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Carl Steadly
30615 Calle de Suenos
Rancho Palos Verdes, CA 90275

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 16 2005   MAY 23 2005
ONE DEPOSIT RECEIVED
FEB 16 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXHIBIT A
PAGE 14

EXAMINED BY _____   **FORM VA**

CHECKED BY _____

CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

FEB 16 2005

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

**a**

See instructions
before completing
this space.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Irving Keschner
21515 Hawthorne Boulevard, Suite 1150
Torrance, CA 90503

Area code and daytime telephone number  (310) 543-5200          Fax number  (310) 543-0492
Email

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _____ Carl Steadly
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Irving Keschner                          Date  January 25, 2005

Handwritten signature (X) ▼

X _____

**8**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Irving Keschner

Number/Street/Apt ▼
21515 Hawthorne Boulevard, Suite 1150

City/State/ZIP ▼
Torrance, CA 90503

Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. August 2003—30,000    Web Rev. June 2002    ⊛ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,029


EXHIBIT ___
PAGE 15

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-311-301**

EFFECTIVE DATE OF REGISTRATION

**FEB 16 2005**

---

**1**

Title of This Work ▼

**Morioka Natural**

NATURE OF THIS WORK ▼ See instructions

Design made by tiles

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**2**

**a**

NAME OF AUTHOR ▼

**Carl Steadly**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
**1959**

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of **United States**
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☒ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture       ☐ Map               ☐ Technical drawing
☒ 2-Dimensional artwork         ☐ Photograph        ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design    ☐ Architectural work

**b**

Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture       ☐ Map               ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph        ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design    ☐ Architectural work

---

**3**

**a**  Year in Which Creation of This Work Was Completed
**2004**  Year in all cases.
This information must be given

**b**  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month **No later than December 31, 2004**
**United States**  Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**Carl Steadly**
**30615 Calle de Suenos**
**Rancho Palos Verdes, CA 90275**

APPLICATION RECEIVED
**FEB 16 2005**  **MAY 23 2005**
ONE DEPOSIT RECEIVED
**FEB 16 2005**
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.        Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

FEB 14 2005

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                                              Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Irving Keschner
21515 Hawthorne Boulevard, Suite 1150
Torrance, CA 90503

b

Area code and daytime telephone number   (310) 543-5200              Fax number   (310)543-0492

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   **Carl Steadly**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Irving Keschner                                    Date   **January 25, 2005**

Handwritten signature (X) ▼

X

**9**

Certificate
will be
mailed in
window
envelope
to this
address.

Name ▼
Irving Keschner

Number/Street/Apt ▼
21515 Hawthorne Boulevard, Suite 1150

City/State/ZIP ▼
Torrance, CA 90503

Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev August 2003—60,000   Web Rev June 2002   ⬤ Printed on recycled paper          U.S. Government Printing Office: 2003-498-505/60,059

EXHIBIT A
PAGE 17

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-311-302**

U000013 1302

EFFECTIVE DATE OF REGISTRATION

**FEB 16 2005**
Month          Day          Year

---

**1**

Title of This Work ▼

**Kyoto Silk**

NATURE OF THIS WORK ▼ See Instructions

Design made by tiles

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give. Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**

**NOTE**

Under the law the "author" of a work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

**a** **Carl Steadly**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1959

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of **United States**
Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☒ Yes   ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes   ☒ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

Name of Author ▼

**b**

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes   ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
**2004**   Year   This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Month No later than December 31, Day   Year 2004
United States   Nation

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**Carl Steadly**
**30615 Calle de Suenos**
**Rancho Palos Verdes, CA 90275**

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
**FEB 16 2005**
ONE DEPOSIT RECEIVED
**FEB 16 2005**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXHIBIT A
PAGE 18

EXAMINED BY   _____   **FORM VA**

CHECKED BY

☒ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

FEB 2 1 2005

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                           Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Irving Keschner
21515 Hawthorne Boulevard, Suite 1150
Torrance,  CA  90503

b

Area code and daytime telephone number  **(310) 543-5200**          Fax number   **(310)543-0492**
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   **Carl Steadly**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Irving Keschner                           Date  **January 25, 2005**

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Irving Keschner

Number/Street/Apt ▼
21515 Hawthorne Boulevard, Suite 1150

City/State/ZIP ▼
Torrance,  CA  90503

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—60,000   Web Rev June 2002   ⬤ Printed on recycled paper          U.S. Government Printing Office: 2003-499-605/60,029



EXHIBIT   A
PAGE  19

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-311-303**

U40001311303

EFFECTIVE DATE OF REGISTRATION

**FEB 16 2005**

Month          Day          Year

---

RATE CONTINUATION SHEET

**1**

Title of This Work ▼

**Chuzenji Silk**

NATURE OF THIS WORK ▼ See Instructions

**Design made by tiles**

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

---

**2**

NAME OF AUTHOR ▼

**a**  **Carl Steadly**

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼
**1959**

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of **United States**
Domiciled in

Was This Author's Contribution to the Work
Anonymous?  ☒ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law the "author" of a work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture          ☐ Map          ☐ Technical drawing
☒ 2-Dimensional artwork          ☐ Photograph          ☐ Text
☐ Reproduction of work of art          ☐ Jewelry design          ☐ Architectural work

Name of Author ▼

**b**

Dates of Birth and Death
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture          ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork          ☐ Photograph          ☐ Text
☐ Reproduction of work of art          ☐ Jewelry design          ☐ Architectural work

---

**3**

**a**  Year in Which Creation of This Work Was Completed
**2004**  ◄ Year          This information must be given in all cases.

**b**  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month **No later than December 31,** Day          Year **2004**
**United States**          Nation

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

**Carl Steadly**
**30615 Calle de Suenos**
**Rancho Palos Verdes, CA 90275**

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
**FEB 16 2005**  **MAY 23 2005**
ONE DEPOSIT RECEIVED
**FEB 16 2005**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.          Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

EXHIBIT A
PAGE 20

EXAMINED BY ___mrk / SDw___                                    FORM VA

CHECKED BY

☐ CORRESPONDENCE                                               FOR
☐ Yes                                                         COPYRIGHT
                                                              OFFICE
                                                              USE
                                                              ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
**a**
See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**                                    **Account Number ▼**

**7**
**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b**

Irving Keschner
21515 Hawthorne Boulevard, Suite 1150
Torrance,  CA  90503

Area code and daytime telephone number **(310) 543-5200**          Fax number  **(310)543-0492**

Email

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___Carl Steadly___
            Name of author or other copyright claimant or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

___Irving Keschner___          Date ___January 25, 2005___

Handwritten signature (X) ▼

X _____

---

Certificate
will be
mailed in
window
envelope
to this
address.

**Name ▼**
Irving Keschner

**Number/Street/Apt ▼**
21515 Hawthorne Boulevard, Suite 1150

**City/State/ZIP ▼**
Torrance,  CA  90503

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e):** Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. August 2003—80,000    Web Rev. June 2002    ● Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,029

EXHIBIT __A__
PAGE __21__

Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1–311–306**

UN80601311306

EFFECTIVE DATE OF REGISTRATION

**FEB 16 2005**
Month   Day   Year

---

**1**

Title of This Work ▼

Chuzenji Natural

NATURE OF THIS WORK ▼ See Instructions

Design made by tiles

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see Instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**  NAME OF AUTHOR ▼

Carl Steadly

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1959

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of   United States
Domiciled in

Was This Author's Contribution to the Work
Anonymous?  ☒ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☒ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b**  Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**3**

**a**  Year in Which Creation of This Work Was Completed
2004   Year in all cases.
This information must be given

**b**  Date and Nation of First Publication of This Particular Work
Complete this information
ONLY if this work
has been published.
Month No later than December 31, 2004
United States   Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Carl Steadly
30615 Calle de Suenos
Rancho Palos Verdes, CA 90275

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 16 2005   MAY 23 2005
ONE DEPOSIT RECEIVED
FEB 16 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of    pages

EXHIBIT  A
PAGE  22

EXAMINED BY _MK/SMW_

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

FEB 11 2005

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

**a**

See instructions
before completing
this space.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼     **Account Number** ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Irving Keschner
21515 Hawthorne Boulevard, Suite 1150
Torrance, CA 90503

**b**

Area code and daytime telephone number    (310) 543-5200     Fax number    (310)543-0492

Email

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _Carl Steadly_

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Irving Keschner     Date _January 25, 2005_

Handwritten signature (X) ▼

X _____

**Certificate
will be
mailed in
window
envelope
to this
address**

**Name** ▼
Irving Keschner

**Number/Street/Apt** ▼
21515 Hawthorne Boulevard, Suite 1150

**City/State/ZIP** ▼
Torrance, CA 90503

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Rev August 2003—60,000   Web Rev June 2002   ⊕ Printed on recycled paper      U.S. Government Printing Office: 2003-496-605/60,029



EXHIBIT _A_
PAGE _23_

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1–311–307**



EFFECTIVE DATE OF REGISTRATION

**FEB 16 2005**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼

**Zushi Natural**

NATURE OF THIS WORK ▼ See instructions

Design made by tiles

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

NAME OF AUTHOR ▼

a   **Carl Steadly**

DATES OF BIRTH AND DEATH
Year Born ▼ **1959**   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of **United States**
Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☒ Yes ☐ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

b   Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

a Year in Which Creation of This Work Was Completed
**2004** Year   in all cases.
This information must be given

b Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month **No later than December 31, 2004**
Nation **United States**

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**Carl Steadly**
**30615 Calle de Suenos**
**Rancho Palos Verdes, CA 90275**

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
**FEB 16 2005**   **MAY 23 2005**

ONE DEPOSIT RECEIVED
**FEB 16 2005**

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

EXHIBIT A
PAGE 24

EXAMINED BY

CHECKED BY

☑ CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Irving Keschner
21515 Hawthorne Boulevard, Suite 1150
Torrance,  CA  90503

b

Area code and daytime telephone number  **(310) 543-5200**          Fax number   **(310) 543-0492**

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   **Carl Steadly**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Irving Keschner                    Date **January 25, 2005**

Handwritten signature (X) ▼

X

**9**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Irving Keschner

Number/Street/Apt ▼
21515 Hawthorne Boulevard, Suite 1150

City/State/ZIP ▼
Torrance,  CA  90503

Complete all necessary spaces
Sign your application in space 8

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev August 2003—80,000   Web Rev June 2002   ☉ Printed on recycled paper          U.S. Government Printing Office: 2003-469-605/80,029

EXHIBIT **A**
PAGE **25**

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America


**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-311-309



EFFECTIVE DATE OF REGISTRATION

FEB 16 2005

---

**1** Title of This Work ▼

Ohara Natural

NATURE OF THIS WORK ▼ See instructions

Design made by tiles

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2** NAME OF AUTHOR ▼

**a** Carl Steadly

DATES OF BIRTH AND DEATH
Year Born ▼  1959    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____
Domiciled in ____  United States

Was This Author's Contribution to the Work
Anonymous? ☒ Yes ☐ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture
☒ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

Name of Author ▼

**b**

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____
Domiciled in ____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**3 a** Year in Which Creation of This Work Was Completed
2004  ◄ Year in all cases.
This information must be given ONLY if this work has been published.

**b** Date and Nation of First Publication of This Particular Work
Complete this information Month No later than December 31, 2004
United States  ◄ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Carl Steadly
30615 Calle de Suenos
Rancho Palos Verdes, CA 90275

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 16 2005  MAY 23 2005
ONE DEPOSIT RECEIVED
FEB 16 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY ~~mph/snw~~   **FORM VA**

CHECKED BY

☒ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

   Irving Keschner
   21515 Hawthorne Boulevard, Suite 1150
   Torrance, CA  90503

b

Area code and daytime telephone number  **(310) 543-5200**        Fax number  **(310)543-0492**

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  **Carl Steadly**
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

   Irving Keschner                    Date **January 25, 2005**

Handwritten signature (X) ▼

X _~~signature~~_

Certificate
will be
mailed in
window
envelope
to this
address.

**Name** ▼
   Irving Keschner
**Number/Street/Apt** ▼
   21515 Hawthorne Boulevard, Suite 1150
**City/State/ZIP** ▼
   Torrance, CA  90503

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. August 2003—30,000   Web Rev. June 2002   ⊕ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,029

EXHIBIT **A**
PAGE **27**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1–311–310**

EFFECTIVE DATE OF REGISTRATION

**FEB 16 2005**
Month    Day    Year

---

**1**
Title of This Work ▼

**Sendai Natural**

NATURE OF THIS WORK ▼ See Instructions

Design made by tiles

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**
**NOTE**

Under the law the "author" of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼

**Carl Steadly**

DATES OF BIRTH AND DEATH
Year Born ▼ 1959    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of __United States__
Domiciled in ____

Was This Author's Contribution to the Work
Anonymous? ☒ Yes ☐ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____
Domiciled in ____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**
**a** Year in Which Creation of This Work Was Completed

**2004**
◀ Year in all cases.

This information must be given

**b** Date and Nation of First Publication of This Particular Work

Complete this information ONLY if this work has been published.

Month **No later than December 31,** Day **2004**
Nation **United States**

---

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**Carl Steadly**
**30615 Calle de Suenos**
**Rancho Palos Verdes, CA 90275**

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 16 2005  MAY 23 2005
ONE DEPOSIT RECEIVED
FEB 16 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXHIBIT A
PAGE 29

EXAMINED BY _____ _____ FORM VA

CHECKED BY _____

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼

Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Irving Keschner
21515 Hawthorne Boulevard, Suite 1150
Torrance, CA  90503

b

Area code and daytime telephone number   (310) 543-5200              Fax number   (310)543-0492
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   **Carl Steadly**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Irving Keschner                           Date  January 25, 2005

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address.

Name ▼
Irving Keschner

Number/Street/Apt ▼
21515 Hawthorne Boulevard, Suite 1150

City/State/ZIP ▼
Torrance, CA  90503

Complete all necessary spaces
Sign your application in space 8

**9**

*17 U.S.C. § 506(e):* Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. August 2003—60,000   Web Rev. June 2002  ⊕ Printed on recycled paper              U.S. Government Printing Office: 2003-496-605/60,029

EXHIBIT A
PAGE 29

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-311-311**

**EFFECTIVE DATE OF REGISTRATION**

**FEB 16 2005**

Month    Day    Year

---

**DATE CONTINUATION SHEET**

**1**

Title of This Work ▼

Zushi Silk

NATURE OF THIS WORK ▼ See instructions

Design made by tiles

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

NAME OF AUTHOR ▼

**a**  Carl Steadly

DATES OF BIRTH AND DEATH
Year Born ▼  1959    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR Citizen of ___ United States
Domiciled in ___

Was This Author's Contribution to the Work
Anonymous? ☒ Yes ☐ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**  Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR Citizen of ___
Domiciled in ___

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
2004
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month No later than December 31, Day Year 2004
United States    Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Carl Steadly
30615 Calle de Suenos
Rancho Palos Verdes, CA 90275

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 16 2005   MAY 23 2005
ONE DEPOSIT RECEIVED
FEB 16 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT A
PAGE 30



EXAMINED BY _____   FORM VA

CHECKED BY _____

CORRESPONDENCE
□ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
□ Yes  □ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. □ This is the first published edition of a work previously registered in unpublished form.
b. □ This is the first application submitted by this author as copyright claimant.
c. □ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
**a**
See instructions before completing this space.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**
**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

**b**

Irving Keschner
21515 Hawthorne Boulevard, Suite 1150
Torrance,  CA  90503

Area code and daytime telephone number  **(310) 543-5200**          Fax number   **(310)543-0492**

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
□ author
□ other copyright claimant
□ owner of exclusive right(s)
☒ authorized agent of   **Carl Steadly**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

_Irving Keschner_                                    Date  **January 25, 2005**

Handwritten signature (X) ▼

X _____

**9**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Irving Keschner

Number/Street/Apt ▼
21515 Hawthorne Boulevard, Suite 1150

City/State/ZIP ▼
Torrance,  CA  90503

Complete all necessary spaces
Sign your application in space 8

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—80,000   Web Rev: June 2002   ● Printed on recycled paper                U.S. Government Printing Office: 2003-496-605/60,029

EXHIBIT  A
PAGE  31

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-311-312

U00001311312

EFFECTIVE DATE OF REGISTRATION

FEB 16 2005
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**Title of This Work ▼**

Sendai Silk

**NATURE OF THIS WORK ▼** See Instructions

Design made by tiles

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a** **NAME OF AUTHOR ▼**

Carl Steadly

**DATES OF BIRTH AND DEATH**
Year Born ▼  1959    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of  United States
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☒ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**
2004
◄ Year      This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month No later than December 31,  Day _____  Year 2004
United States    ◄ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Carl Steadly
30615 Calle de Suenos
Rancho Palos Verdes, CA  90275

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**See instructions before completing this space.**

APPLICATION RECEIVED
FEB 16 2005    MAY 23 2005
ONE DEPOSIT RECEIVED
FEB 16 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXHIBIT *A*
PAGE 32

| EXAMINED BY | *Imh / saw* | FORM VA |
|---|---|---|
| CHECKED BY | | |

| ☒ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
**a**

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

**7**
**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Irving Keschner
21515 Hawthorne Boulevard, Suite 1150
Torrance,  CA  90503

**b**

Area code and daytime telephone number  **(310) 543-5200**          Fax number  **(310)543-0492**

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **Carl Steadly**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Irving Keschner          Date **January 25, 2005**

Handwritten signature (X) ▼

X

| Certificate will be mailed in window envelope to this address | **Name** ▼ Irving Keschner | **9** |
|---|---|---|
| | **Number/Street/Apt** ▼ 21515 Hawthorne Boulevard, Suite 1150 | |
| | **City/State/ZIP** ▼ Torrance,  CA  90503 | |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—50,000    Web Rev: June 2002    ⬤ Printed on recycled paper    U.S. Government Printing Office: 2003-496-605/60,029

EXHIBIT *A*
PAGE 33

**Certificate of Registration**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-311-313**

UA00001311313

EFFECTIVE DATE OF REGISTRATION

**FEB 16 2005**
Month        Day        Year

---

**1**

Title of This Work ▼

**Ohara Silk**

NATURE OF THIS WORK ▼ See Instructions

Design made by tiles

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼

**Carl Steadly**

DATES OF BIRTH AND DEATH
Year Born ▼  1959        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of **United States**
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☒ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☒ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
**2004**
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Month **No later than December 31,** Day **2004**
**United States**                                    Nation
ONLY if this work has been published.

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**Carl Steadly**
**30615 Calle de Suenos**
**Rancho Palos Verdes, CA 90275**

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 16 2005    MAY 2 3 2005
ONE DEPOSIT RECEIVED
FEB 16 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXHIBIT *A*
PAGE **34**

EXAMINED BY _____ Imd(sw)   **FORM VA**

CHECKED BY _____

CORRESPONDENCE ☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

RECEIVED FEB ' 1 833

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

a

See instructions before completing this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b

    Irving Keschner
    21515 Hawthorne Boulevard, Suite 1150
    Torrance,  CA  90503

Area code and daytime telephone number   **(310) 543-5200**          Fax number   **(310)543-0492**
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   **Carl Steadly**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

    Irving Keschner          Date   **January 25, 2005**

Handwritten signature (X) ▼

X _____

**Certificate will be mailed in window envelope to this address**

Name ▼
    Irving Keschner
Number/Street/Apt ▼
    21515 Hawthorne Boulevard, Suite 1150
City/State/ZIP ▼
    Torrance,  CA  90503

**9**

Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev August 2003—80,000   Web Rev June 2002   ● Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,029



Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-311-314

**EFFECTIVE DATE OF REGISTRATION**

FEB 16 2005

Month   Day   Year

---

**1**

Title of This Work ▼

**Kyoto Natural**

NATURE OF THIS WORK ▼ See Instructions

**Design made by tiles**

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

**a**   NAME OF AUTHOR ▼

**Carl Steadly**

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼
**1959**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of **United States**
Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☒ Yes ☐ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map               ☐ Technical drawing
☒ 2-Dimensional artwork        ☐ Photograph        ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design    ☐ Architectural work

**b**   Name of Author ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Dates of Birth and Death
Year Born ▼     Year Died ▼

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map               ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph        ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design    ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
**2004**   Year   This information must be given ONLY if this work in all cases. has been published.

**b** Date and Nation of First Publication of This Particular Work
Complete this information Month **No later than December 31, 2004**
**United States**   Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**Carl Steadly**
**30615 Calle de Suenos**
**Rancho Palos Verdes,  CA  90275**

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 16 2005   MAY 23 2005
ONE DEPOSIT RECEIVED
FEB 16 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

EXHIBIT *A*
PAGE *36*

EXAMINED BY _____ FORM VA

CHECKED BY _____

CORRESPONDENCE ☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

FEB 16 2005

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Irving Keschner
21515 Hawthorne Boulevard, Suite 1150
Torrance, CA 90503

b

Area code and daytime telephone number  (310) 543-5200          Fax number  (310)543-0492

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶  ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  **Carl Steadly**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Irving Keschner                          Date  January 25, 2005

Handwritten signature (X) ▼

X _____

**9**

Certificate
will be
mailed in
window
envelope
to this
address.

Name ▼
Irving Keschner

Number/Street/Apt ▼
21515 Hawthorne Boulevard, Suite 1150

City/State/ZIP ▼
Torrance, CA 90503

YOU MUST:
Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000  Web Rev: June 2002  ● Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,029

EXHIBIT A
PAGE 37

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-305-383**

U00001 85383

EFFECTIVE DATE OF REGISTRATION

**SEP 20 2004**
Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

Title of This Work ▼

**Silver Moon Silk**

NATURE OF THIS WORK ▼ See Instructions

**Tile Design**

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

NAME OF AUTHOR ▼

**a**  **Carl Steadly**

DATES OF BIRTH AND DEATH
Year Born ▼  **1959**    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of  **United States**
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☒ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either
of these questions is
"Yes," see detailed
instructions.

**NOTE**
Under the law,
the "author" of
a work made
for hire is
generally the
employer, not
the employee
(see instruc-
tions). For any
part of this
work that was
"made for hire"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

Nature of Authorship  Check appropriate box(es).See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**  Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either
of these questions is
"Yes," see detailed
instructions.

Nature of Authorship  Check appropriate box(es).See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed   **2004**   Year   ◄ This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work  Complete this information ONLY if this work has been published.  Month **NO LATER THAN MARCH 16** Day   2004  Nation
**United States**

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**Carl Steadly**
**30615 Calle de Suenos**
**Rancho Palos Verdes, CA  90275**

APPLICATION RECEIVED
**SEP 20 2004**  **APR 1 9 2005**
ONE DEPOSIT RECEIVED
**SEP 20 2004**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
FOR COPYRIGHT OFFICE USE ONLY

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

EXHIBIT *A*
PAGE **38**

EXAMINED BY · Mit ED                          FORM VA

CHECKED BY

☒ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   **5**
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is Yes, give Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.   **6**
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼          **a**    See instructions before completing this space.

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼   **b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.   **7**
Name ▼          Account Number ▼          **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼   **b**

Irving Keschner
21515 Hawthorne Boulevard, SUite 1150
Torrance, CA  90503

Area code and daytime telephone number  (310) 543-5200          Fax number  (310) 543-0492
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the   **8**
check only one ▶ ☐ author
                 ☐ other copyright claimant
                 ☐ owner of exclusive right(s)
                 ☒ authorized agent of  Carl Steadly
                                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Irving Keschner                                          Date July 29, 2004

Handwritten signature (X) ▼
X _____

Certificate will be mailed in window envelope to this address   **9**
Name ▼
Irving Keschner
Number/Street/Apt ▼
21515 Hawthorne Boulevard, Suite 1150
City/State/ZIP ▼
Torrance, CA  90503

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington, D C  20559-6000

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev August 2003—30 000  Web Rev June 2002  ⊕ Printed on recycled paper          U S Government Printing Office: 2003-496-605/60 029

EXHIBIT  A
PAGE  39

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1–305–384**

SEP 20 2004
Month        Day        Year

ARATE CONTINUATION SHEET

**1**

Title of This Work ▼

**NATURE OF THIS WORK ▼** See Instructions

Silver Moon Pearl                    Tile Design

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**

NAME OF AUTHOR ▼

**a** Carl Steadly

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1959

**NOTE**

Under the law the "author" of a work made for hire is generally the employer not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of   United States
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☒ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture        ☐ Map                ☐ Technical drawing
☒ 2 Dimensional artwork          ☐ Photograph         ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design     ☐ Architectural work

Name of Author ▼

**b**

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture        ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork          ☐ Photograph         ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design     ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2004        Year   in all cases.

This information must be given ONLY if this work has been published.

**b** Date and Nation of First Publication of This Particular Work
Complete this information
Month NO LATER THAN MARCH 31, Day  Year 2004
United States        Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Carl Steadly
30615 Calle de Suenos
Rancho Palos Verdes, CA 90275

See instructions before completing this space.

APPLICATION RECEIVED
SEP 20 2004   APR 19 2005
ONE DEPOSIT RECEIVED
SEP 20 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXHIBIT A
PAGE 40

| EXAMINED BY | mmk/D | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☒ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Irving Keschner
21515 Hawthorne Boulevard, SUite 1150
Torrance, CA 90503

b

Area code and daytime telephone number  **(310) 543-5200**          Fax number  **(310) 543-0492**

Email

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **Carl Steadly**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Irving Keschner          Date **July 29, 2004**

Handwritten signature (X) ▼

X

**Certificate will be mailed in window envelope to this address**

Name ▼
Irving Keschner

Number/Street/Apt ▼
21515 Hawthorne Boulevard, Suite 1150

City/State/ZIP ▼
Torrance, CA 90503

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D.C 20559-6000

**9**

17 U.S.C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500.

Rev August 2003—30 000   Web Rev June 2002   ♻ Printed on recycled paper          U.S. Government Printing Office 2003-496-605/60 029

EXHIBIT A
PAGE 41



**Certificate of Registration**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-305-386**

VA0001305386

EFFECTIVE DATE OF REGISTRATION

**SEP 20 2004**
Month   Day   Year

---

**1**

Title of This Work ▼

**Butterscotch Pearl**

NATURE OF THIS WORK ▼ See Instructions

**Tile Design**

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼       Number ▼       Issue Date ▼       On Pages ▼

---

**2**

**NOTE**
Under the law the "author" of a work made for hire is generally the employer not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**a** NAME OF AUTHOR ▼

**Carl Steadly**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
**1959**

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of **United States**
      Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☒ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map          ☐ Technical drawing
☒ 2-Dimensional artwork        ☐ Photograph    ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
      Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph    ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
**2004**
◄ Year This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work Complete this information ONLY if this work has been published.
Month **NO LATER THAN MARCH 31** Day **__** Year **2004**
**United States** ◄ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**Carl Steadly**
**30615 Calle de Suenos**
**Rancho Palos Verdes, CA 90275**

See instructions before completing this space

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
**APR 19 2005**
ONE DEPOSIT RECEIVED
**SEP 20 2004**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

EXHIBIT *A*
PAGE *42*

| EXAMINED BY _Thyk [H_ | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☒ CORRESPONDENCE ☒ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5** **PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is Yes, give Previous Registration Number ▼          Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**  See instructions before completing this space.

b. Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Irving Keschner
21515 Hawthorne Boulevard, SUite 1150
Torrance, CA 90503

**b**

Area code and daytime telephone number  (310) 543-5200        Fax number  (310) 543-0492
Email

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Carl Steadly
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date.

Irving Keschner                                    Date July 29, 2004

Handwritten signature (X) ▼
x

**9** Certificate will be mailed in window envelope to this address

Name ▼
Irving Keschner
Number/Street/Apt ▼
21515 Hawthorne Boulevard, Suite 1150
City/State/ZIP ▼
Torrance, CA 90503

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington, D C 20559-6000

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500

Rev August 2003—30 000   Web Rev June 2002   ⊗ Printed on recycled paper                    U S Government Printing Office 2003-496-605/60 029

EXHIBIT _A_
PAGE _43_

Certificate of Registrat



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-305-387**

U00001305387

EFFECTIVE DATE OF REGISTRATION

**SEP 20 2004**
Month      Day      Year

---

**1**   Title of This Work ▼

**Teal Silk**

NATURE OF THIS WORK ▼ See instructions

**Tile Design**

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼       Number ▼       Issue Date ▼       On Pages ▼

---

**2**   NAME OF AUTHOR ▼

**a**   **Carl Steadly**

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼
**1959**

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of   **United States**
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☒ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law the "author" of a "work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

Nature of Authorship Check appropriate box(es).See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2 Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**   Name of Author ▼

Dates of Birth and Death
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes, see detailed instructions.

Nature of Authorship Check appropriate box(es) See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**   **a**   Year in Which Creation of This Work Was Completed
**2003** ◄ Year   This information must be given ONLY if this work In all cases. has been published.

**b**   Date and Nation of First Publication of This Particular Work
Complete this information   Month No later than  February  Day 28, 2003 Year
**United States** ◄ Nation

---

**4**   COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

**Carl Steadly**
**30615 Calle de Suenos**
**Rancho Palos Verdes,   CA   90275**

See instructions before completing this space

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
SEP 20 2004   APR 19 2005
ONE DEPOSIT RECEIVED
SEP 20 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages




EXHIBIT A
PAGE 44

EXAMINED BY _____ **FORM VA**

CHECKED BY _____

☒ **CORRESPONDENCE**
Yes

**FOR COPYRIGHT OFFICE USE ONLY**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☐ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

See instructions before completing this space.

b. **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Irving Keschner
21515 Hawthorne Boulevard, SUite 1150
Torrance, CA  90503

**b**

Area code and daytime telephone number  (310) 543-5200          Fax number  (310) 543-0492

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▸ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  **Carl Steadly**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
}

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Irving Keschner          Date July 29, 2004

Handwritten signature (X) ▼

X _____

**9**

Certificate will be mailed in window envelope to this address

Name ▼
Irving Keschner
Number/Street/Apt ▼
21515 Hawthorne Boulevard, Suite 1150
City/State/ZIP ▼
Torrance, CA  90503

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington, D C  20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev August 2003—30 000   Web Rev June 2002   ⊕ Printed on recycled paper          ☆U S Government Printing Office: 2003-496-605/60 029

EXHIBIT A
PAGE 45

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-305-388**

EFFECTIVE DATE OF REGISTRATION

**SEP 20 2004**
Month          Day          Year

---

**1**

**Title of This Work ▼**

**Butterscotch Silk**

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**RATE CONTINUATION SHEET**

**NATURE OF THIS WORK ▼** See Instructions

**Tile Design**

---

**2**

**NOTE**

Under the law, the "author" of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**  **NAME OF AUTHOR ▼**

**Carl Steadly**

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of **United States**
      Domiciled in _____

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼
**1959**

**Was This Author's Contribution to the Work**
Anonymous?  ☒ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☒ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**b**  **Name of Author ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
      Domiciled in _____

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
**2004**
This information must be given
Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month **no later than March 31, 2004**     **United States**     Nation

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

**Carl Steadly**
**30615 Calle de Suenos**
**Rancho Palos Verdes, CA 90275**

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
SEP 20 2004      **APR 19 2005**
ONE DEPOSIT RECEIVED
SEP 20 2004
TWO DEPOSITS RECEIVED

**FUNDS RECEIVED**

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.      Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXHIBIT *A*
PAGE *46*

| EXAMINED BY | Imck I-II | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☒ CORRESPONDENCE ☒ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☐ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Irving Keschner
21515 Hawthorne Boulevard, SUite 1150
Torrance, CA 90503

b

Area code and daytime telephone number   **(310) 543-5200**          Fax number   **(310) 543-0492**

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   **Carl Steadly**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
}

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

**Irving Keschner**          Date **July 29, 2004**

Handwritten signature (X) ▼

x _____

| Certificate will be mailed in window envelope to this address | Name ▼ Irving Keschner | | **9** |
|---|---|---|---|
| | Number/Street/Apt ▼ 21515 Hawthorne Boulevard, Suite 1150 | Complete all necessary spaces Sign your application in space 8 | |
| | City/State/ZIP ▼ Torrance, CA 90503 | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material | |
| | | Library of Congress Copyright Office 101 Independence Avenue S E Washington, D C 20559-6000 | |

17 U S C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2 500

Rev August 2003—30 000   Web Rev June 2002   ♻ Printed on recycled paper

EXHIBIT A
PAGE 47

U.S. Government Printing Office 2003-496-605/60 029

# CERTIFICATE OF SERVICE

I certify that on April 29, 2008, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT, UNFAIR TRADE PRACTICES AND UNFAIR COMPETITION** was served on the parties in this action by U.S. MAIL addressed as follows:

Helen Zhao
Hirsch Glass Company
9 Chris Court, Unit E
Dayton, New Jersey 088110

Sylvie Atanasio
Paragon Industries, Inc.
4285 N. Golden State Blvd., No. 4
Fresno, California 93722

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on April 29, 2008 at Pasadena, California.

_____
Roxanne Gaines