| | |
|---|---|
| 1 | DAVID A. DILLARD, CA Bar No. 97515 |
| | david.dillard@cph.com |
| 2 | PATRICK J. ORMÉ, CA Bar No. 239025 |
| | patrick.ormé@cph.com |
| 3 | CHRISTIE, PARKER & HALE, LLP |
| | 350 West Colorado Boulevard, Suite 500 |
| 4 | Post Office Box 7068 |
| | Pasadena, California 91109-7068 |
| 5 | Telephone: (626) 795-9900 |
| | Facsimile: (626) 577-8800 |
| 6 | |
| 7 | Attorneys for Plaintiffs, |
| | CENTURY TILE, INC. |
| 8 | and CARL STEADLY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY TILE, INC. d/b/a STONE & PEWTER ACCENTS and MALAGA COVE TILE, and CARL STEADLY, <br><br> Plaintiffs, <br><br> vs. <br><br> HIRSCH GLASS COMPANY, PARAGON INDUSTRIES, INC. d/b/a BEDROSIAN TILE & MARBLE, and ALYSEDWARDS TILE & STONE, <br><br> Defendants. | Case No. CV08 01993 GW (PLAx) <br><br> [~~PROPOSED~~] PROTECTIVE ORDER |

Pursuant to the stipulation for entry of a protective order governing disclosure of confidential and/or proprietary information, and for good cause shown,

IT IS ORDERED that the parties' stipulation is approved and shall be the Order of the Court. The terms of the parties' stipulation are incorporated herein.

DATED: 7/1/08

~~Hon. George H. Wu,~~
~~United States District Court Judge~~
PAUL L. ABRAMS
U.S. MAGISTRATE JUDGE

CHRISTIE, PARKER & HALE, LLP

# CERTIFICATE OF SERVICE

I certify that on June 30, 2008, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **[PROPOSED] PROTECTIVE ORDER** was served on the parties in this action by EMAIL & U.S. MAIL addressed as follows:

| | |
|---|---|
| Enoch H. Liang<br>Samuel Yu<br>LEE & TRAN, APLC<br>1055 W. Seventh Street, Suite 2820<br>Los Angeles, CA 90017<br>(213) 612-3737 (tel.)<br>(213) 612-3773 (fax)<br>ehl@leeandtran.com<br>sy@leeandtran.com | Attorneys for Defendants<br><br>*Hirsch Glass Company and Paragon Industries, Inc. d/b/a Bedrosian Tile & Marble d/b/a Alysedwards Tile & Stone* |

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on June 30, 2008 at Pasadena, California.

_____
Roxanne Gaines

RG PAS801456.1-*-06/30/08 6:31 PM

CHRISTIE, PARKER & HALE, LLP