1  LEE TRAN & LIANG APLC
    Enoch H. Liang (Bar No. 212324)
2    Daniel Yu (Bar No. 245091)
   1055 W. Seventh Street, Suite 2820
3  Los Angeles, CA  90017
   (tel): 213-612-3737
4  (fax): 213-612-3773
   (email): ehl@ltlcounsel.com
5            dy@ltlcounsel.com

6  Attorneys for Defendants

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11 CENTURY TILE, INC., a California        ) Case No. 2:08-cv-01993 GW (PLAx)
   corporation d/b/a STONE PEWTER          )
12 ACCENTS and MALAGA COVE                 ) Judge: Hon. George H. Wu
   TILE, and CARL STEADLY, an              ) Dept.: 10
13 individual                              )
                                           )
14                Plaintiffs,              ) **JUDGMENT**
                                           )
15 v.                                      )
                                           ) Complaint Filed: April 29, 2008
16 HIRSCH GLASS COMPANY, a New             ) Trial Date: June 9, 2009
   Jersey corporation, PARAGON             )
17 INDUSTRIES, INC., a California          )
   corporation d/b/a BEDROSIAN TILE &      )
18 MARBLE, and ALYSEDWARDS TILE )
   & STONE, an unknown California          )
19 entity                                  )
                                           )
20                Defendants.              )
                                           )
21 _____

_____
                                                    [PROPOSED] JUDGMENT

# **JUDGMENT**

Defendants Hirsch Glass Company and Paragon Industries, Inc.'s Motion for Summary Adjudication on Copyright Claims ("Motion 2") and Motion for Summary Adjudication on Lanham Act Claims ("Motion 4") and Plaintiffs Century Tile, Inc. and Carl Steadly's Motion for Summary Judgment of Copyright Validity and Infringement ("Motion 5") came on regularly for hearing before this Court on March 12, 2009 at 8:30 a.m. Enoch H. Liang and Daniel Yu appeared on behalf of Defendants. David Dillard and Patrick Orme appeared on behalf of Plaintiffs. Evidence both oral and documentary was introduced and the matter was presented and submitted. Good cause appearing therefore,

IT IS ORDERED, ADJUDGED AND DECREED that:

1. Motion 2 is DENIED;

2. Motion 4 is GRANTED. Plaintiffs Century Tile, Inc. and Carl Steadly shall take nothing on their trade dress claim under the Lanham Act and unfair competition claims under California statutory and common law. Given Plaintiffs' failure to produce any evidence that is properly considered in connection with a secondary meaning analysis of a trade dress claim under the Lanham Act, judgment shall be entered in favor of Defendants on the Plaintiffs' Second Cause of Action (Trade Dress Infringement), Third Cause of Action (Unfair Trade Practices Under California Law), and Fourth Cause of Action (Unfair Competition Under California Common Law); *and*

3. With respect to the following copyrights, VA1-311-301 (Morioka

///
///
///
///

- 1 -

[PROPOSED] JUDGMENT

1  Natural), VA1-311-314 (Kyoto Natural), VA1-311-306 (Chuzenji Natural), VA1-
2  311-307 (Zushi Natural), and VA1-311-309 (Ohara Natural), Motion 5 is
3  GRANTED, in part, as to validity and DENIED, in part, as to infringement,

5       The Clerk is ordered to enter partial judgment.

7  DATED: April 14, 2009

9       _____
10                  Hon. George H. Wu
         UNITED STATES DISTRICT COURT JUDGE