LEE TRAN & LIANG APLC
  Enoch H. Liang (Bar No. 212324)
  Daniel Taylor (Bar No. 241404)
601 South Figueroa Street, Suite 4025
Los Angeles, CA  90017
(tel): 213-612-3737
(fax): 213-612-3773
(email): ehl@ltlcounsel.com
          dt@ltlcounsel.com

**MADE JS-6**

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY TILE, INC., a California corporation d/b/a STONE PEWTER ACCENTS and MALAGA COVE TILE, and CARL STEADLY, an individual<br><br>              Plaintiffs,<br><br>v.<br><br>HIRSCH GLASS COMPANY, a New Jersey corporation, PARAGON INDUSTRIES, INC., a California corporation d/b/a BEDROSIAN TILE & MARBLE, and ALYSEDWARDS TILE & STONE, an unknown California entity<br><br>              Defendants.<br>_____ | Case No. 2:08-cv-01993 GW (PLAx)<br><br>Judge: Hon. George H. Wu<br>Dept.: 10<br><br>**FINAL JUDGMENT**<br><br><br>Complaint Filed:  April 29, 2008<br>Trial Date:  NONE |

# FINAL JUDGMENT

On April 14, 2009, this Court entered partial judgment in favor of Defendants on Plaintiffs' trade dress claims under the Lanham Act (Second Cause of Action for Trade Dress Infringement) and unfair competition claims under California statutory (Third Cause of Action for Unfair Trade Practices Under California Law) and common law (Fourth Cause of Action for Unfair Competition Under California Common Law).

As to the remaining cause of action for copyright infringement (First Cause of Action for Copyright Infringement Under 17 U.S.C. Section 101), pursuant to Court order, Plaintiffs' Motion for Partial Summary Judgment of Copyright Scope and Infringement and Defendants' Motion for Summary Judgment, or in the Alternative, Summary Adjudication came on regularly for hearing before this Court on August 24, 2009 and September 3, 2009.

David Dillard and Patrick Orme appeared on behalf of Plaintiffs.  Enoch H. Liang and Daniel Taylor appeared on behalf of Defendants.  Evidence both oral and documentary, including physical tile samples from both parties, was introduced and the matter was presented and submitted. Good cause appearing therefore,

**IT IS ORDERED, ADJUDGED AND DECREED that:**

With respect to the 17 copyrights listed in Plaintiffs' First Amended Complaint, and reproduced in the below Table, the Court finds that, to the extent that Plaintiffs have valid copyrights, those copyrights are entitled to only "thin" protection.  Furthermore, under the extrinsic test for infringement, the Court finds that there is no substantial similarity (much less virtual identity) insofar as the protectable items are concerned as between Plaintiffs' copyrighted products and Defendants' glass tiles.

Accordingly, Plaintiffs' Motion for Partial Summary Judgment of Copyright Scope and Infringement as to the infringement portion is denied, and Defendants' Motion for Summary Judgment, or in the Alternative, Summary Adjudication is hereby granted as to Plaintiffs' infringement claims.

| Plaintiffs' Copyright Reg. No. | Copyright Name |
|---|---|
| VA 1-311-300 | Morioka Natural |
| VA 1-311-301 | Morioka Silk |
| VA 1-311-314 | Kyoto Natural |
| VA 1-311-302 | Kyoto Silk |
| VA 1-311-306 | Chuzenji Natural |
| VA 1-311-303 | Chuzenji Silk |
| VA 1-311-307 | Zushi Natural |
| VA 1-311-311 | Zushi Silk |
| VA 1-311-309 | Ohara Natural |
| VA 1-311-313 | Ohara Silk |
| VA 1-311-310 | Sendai Natural |
| VA 1-311-312 | Sendai Silk |
| VA 1-305-384 | Silvermoon Pearl |
| VA 1-305-383 | Silvermoon Silk |
| VA 1-305-386 | Butterscotch Pearl |
| VA 1-305-388 | Butterscotch Silk |
| VA 1-305-387 | Teal Silk |

//

//

[PROPOSED] FINAL JUDGMENT
[PROPOSED] JUDGMENT RE COPYRIGHT CLAIMS

1         The Clerk is ordered to enter final judgment in favor of Defendants.

2

3    DATED: June 7, 2010

4

5    _____

6                 Hon. George H. Wu
     UNITED STATES DISTRICT COURT JUDGE

7

8    Form submitted by:

9    LEE TRAN & LIANG APLC
  Enoch H. Liang (Bar No. 212324)

10     Daniel Taylor (Bar No. 241404)
601 South Figueroa Street, Suite 4025

11   Los Angeles, CA  90017

12   Attorneys for Defendants

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -